STEPHEN J. COX
ATTORNEY GENERAL

Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

*Attorney for State of Alaska*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00108-ACP<br><br>**STATE OF ALASKA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

The State of Alaska respectfully requests a 40-day extension of time, to and including May 11, 2026, to respond to Plaintiffs' Complaint. ECF No. 1. Plaintiffs filed this action on March 10, 2026, and the State of Alaska was served a copy of the Complaint by certified mail on March 11, 2026. Pursuant to Fed. R. Civ. P. 12(a)(1), the deadline by which the State is currently scheduled to respond to the Complaint is April 1, 2026. Several United States agencies and officials are named as defendants in this matter. ECF No. 1. Pursuant to Fed. R. Civ. P. 12(a)(2), the time for the federal

defendants to file a response to the Complaint is 60-days following service. According to

Plaintiffs, service was completed on the United States Attorney's Office on

March 11, 2026, setting the federal defendants' response deadline as May 11, 2026. *See*

Fed. R. Civ. P. 12(a)(2).

The State seeks this extension for two reasons: (1) to align response deadlines

between the State and federal defendants; and (2) to allow the State to fully evaluate the

claims and to formulate its response.

Counsel for the State has consulted with counsel for Plaintiffs, who stated that

Plaintiffs do not oppose this extension. Counsel for federal defendants has not yet entered

an appearance so could not be consulted. However, because this extension merely aligns

the State and federal deadlines, no party will be prejudiced by this extension.

DATED: March 31, 2026.

STEPHEN J. COX
ATTORNEY GENERAL


By:   */s/ Ronald W. Opsahl*
Ronald W. Opsahl (Bar No. 2108081)
Senior Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5100
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

*Attorney for State of Alaska*

*NAEC, et al, v. Burgum*, et al                    Case No. 3:26-cv-00108-ACP
SOA's Unopposed Mtn for an Ext of Time to Respond to the Complaint        Page 2 of 3
Case 3:26-cv-00108-ACP     Document 8     Filed 03/31/26     Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I caused copies of **SOA's Unopposed Motion for Extension of Time to Respond to the Complaint**, and **[Proposed] Order** to be served by electronic means on all counsel of record by using the Court's CM/ECF system.

For the parties who have not yet entered an appearance, a copy will be served via USPS Certified Mail:

Hon. Doug Burgum
Secretary of the Interior
U.S. Department of the Interior
1849 C Street, Northwest
Washington, D.C. 20240

U.S. Department of the Interior
1849 C Street, Northwest
Washington, D.C. 20240

Dir. Kevin Pendergast
Alaska State Director
Bureau of Land Management
222 West 7th Avenue, #13
Anchorage, AK 99513

U.S. Bureau of Land Management
1849 C Street, Northwest
Room 5665
Washington, D.C. 20240

Civil Process Clerk
Office of the U.S. Attorney
Civil Division, District of Alaska, Anchorage Office
222 West 7th Avenue, Room 252 #9
Anchorage, AK 99501

Hon. Pamela Bondi
United States Attorney General                     */s/ Ronald W. Opsahl*
U.S. Department of Justice                          Ronald W. Opsahl
950 Pennsylvania Avenue, Northwest          Senior Assistant Attorney
General
Washington, D.C. 20530

*NAEC, et al, v. Burgum*, et al                          Case No. 3:26-cv-00108-ACP
SOA's Unopposed Mtn for an Ext of Time to Respond to the Complaint          Page 3 of 3
Case 3:26-cv-00108-ACP     Document 8     Filed 03/31/26     Page 3 of 3