

# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, DC 20240

In Reply Refer To:
AKAK106637381/F-44207[1] (2627)
AKAK106167117/F-96021[2] (2800)
AKAK106233573/F-97349 (2920)
(940) kwb/alt/mac/alb/tjs/clk

CERTIFIED MAIL
RETURN RECEIPT REQUESTED



RECEIVED
APR 2 1 2026
REALTY SERVICES

APR 2 1 2026

## DECISION

| | | |
|---|---|---|
| State of Alaska | : | AKAK106637381/F-44207, et al |
| Department of Natural Resources | : | Community Grant and |
| Division of Mining, Land, and Water | : | General Purposes Grant |
| Realty Services Section | : | State Selections |
| 550 West Seventh Avenue, Suite 1050A | : | |
| Anchorage, Alaska 99501-3579 | : | |

---

[1] AKAK106637384/F-44210, AKAK106637385/F-44211, AKAK106637386/F-44212, AKAK106637388/F-44214, AKAK106637389/F-44215, AKAK106637390/F-44216, AKAK106637392/F-44218, AKAK106637393/F-44219, AKAK106637395/F-44221, AKAK106637396/F-44222, AKAK106637398/F-44224, AKAK106637399/F-44225, AKAK106637401/F-44227, AKAK106637402/F-44228, AKAK106640457/F-44610, AKAK106640458/F-44611, AKAK106640462/F-44615, AKAK106506180/F-85336, AKAK106506181/F-85337, AKAK106506182/F-85339, AKAK106506183/F-85340, AKAK106506184/F-85341, AKAK106506185/F-85342, AKAK106506186/F-85343, AKAK106506187/F-85344, AKAK106506188/F-85345, AKAK106506189/F-85346, AKAK106506190/F-85347, AKAK106506191/F-85348, AKAK106506192/F-85349, AKAK106506193/F-85350, AKAK106506194/F-85351, AKAK106506195/F-85352, AKAK106506196/F-85353, AKAK106506197/F-85354, AKAK106506198/F-85355. AKAK106506199/F-85356, AKAK106506200/F-85357, AKAK106506201/F-85358, AKAK106506202/F-85359, AKAK106506203/F-85360, AKAK106506204/F-85361, AKAK106506205/F-85362, AKAK106506206/F-85363, AKAK106506207/F-85364, AKAK106506208/F-85365, AKAK106506209/F-85366, AKAK106506210/F-85367, AKAK106506211/F-85368, AKAK106506212/F-85370, AKAK106506213/F-85371, AKAK106506214/F-85372, AKAK106506215/F-85373, AKAK106506216/F-85374, AKAK106506217/F-85375, AKAK106506218/F-85376, AKAK106506219/F-85377, AKAK106506220/F-85378, AKAK106506221/F-85379, AKAK106506222/F-85380, AKAK106506223/F-85381, AKAK106506224/F-85382, AKAK106506225/F-85383, AKAK106506227/F-85386, AKAK106506228/F-85387, AKAK106506229/F-85389, AKAK106506230/F-85390, AKAK106506231/F-85391, AKAK106506258/F-85439, AKAK106506259/F-85440, AKAK106506260/F-85441, AKAK106506261/F-85442, AKAK106480676/F-88939, AKAK106480677/F-88940, AKAK106480678/F-88941, AKAK106581097/F-89224, AKAK106581099/F-89226, AKAK106581100/F-89227, AKAK106581101/F-89228, AKAK106581103/F-89230, AKAK106581104/F-89231, AKAK106581106/F-89233, AKAK106581111/F-89238, AKAK106581112/F-89239, AKAK106581113/F-89240, AKAK106581114/F-89241, AKAK106581115/F-89242, AKAK106581116/F-89243, AKAK106581117/F-89244, AKAK106581118/F-89245, AKAK106581119/F-89246, AKAK106581120/F-89247, AKAK106581121/F-89248, AKAK106581122/F-89249, AKAK106581123/F-89250, AKAK106581124/F-89251, AKAK106581125/F-89252, AKAK106581126/F-89253, AKAK106581127/F-89254, AKAK106581128/F-89255, AKAK106581129/F-89256, AKAK106581130/F-89257, AKAK106581131/F-89258.

<u>Additional Lands Found Proper for Selection</u>
<u>Right-of-Way and Permit Applications Rejected</u>
<u>Selections Approved for Future Conveyance</u>
<u>Merger of Title</u>

On November 14, 1978, and December 31, 1992, the State of Alaska (State) filed Community and General Purposes grant selection applications (which have been subsequently amended) under the provisions of Secs. 6(a) and 6(b) of the Alaska Statehood Act of July 7, 1958[2] and Sec. 906(e) of the Alaska National Interest Lands Conservation Act (ANILCA) of December 2, 1980[3] for lands in the following townships:

Fairbanks Meridian, Alaska

| | |
|---|---|
| T. 33 N., R. 9 W. | AKAK106506197/F-85354 (GS-5183) |
| T. 34 N., R. 9 W. | AKAK106506195/F-85352 (GS-5185) |
| T. 35 N., R. 9 W. | AKAK106506193/F-85350 (GS-5187) |
| T. 36 N., R. 9 W. | AKAK106506191/F-85348 (GS-5189) |
| T. 37 N., R. 9 W. | AKAK106506189/F-85346 (GS-5191) |
| T. 12 N., R. 10 W. | AKAK106506260/F-85441 (CG-103) |
| T. 13 N., R. 10 W. | AKAK106637384/F-44210 (GS-3827) |
| T. 13 N., R. 10 W. | AKAK106506258/F-85439 (CG-105) |
| T. 30 N., R. 10 W. | AKAK106506204/F-85361 (GS-5176) |
| T. 31 N., R. 10 W. | AKAK106506201/F-85358 (GS-5179) |
| T. 32 N., R. 10 W. | AKAK106506198/F-85355 (GS-5182) |
| T. 33 N., R. 10 W. | AKAK106506196/F-85353 (GS-5184) |
| T. 34 N., R. 10 W. | AKAK106506194/F-85351 (GS-5186) |
| T. 35 N., R. 10 W. | AKAK106506192/F-85349 (GS-5188) |
| T. 36 N., R. 10 W. | AKAK106506190/F-85347 (GS-5190) |
| T. 37 N., R. 10 W. | AKAK106506189/F-85346 (GS-5191) |
| T. 12 N., R. 11 W. | AKAK106637381/F-44207 (GS-3824) |
| T. 12 N., R. 11 W. | AKAK106506261/F-85442 (CG-104) |
| T. 13 N., R. 11 W. | AKAK106637385/F-44211 (GS-3828) |
| T. 13 N., R. 11 W. | AKAK106506259/F-85440 (CG-106) |
| T. 14 N., R. 11 W. | AKAK106637388/F-44214 (GS-3831) |
| T. 28 N., R. 11 W. | AKAK106506208/F-85365 (GS-5172) |
| T. 29 N., R. 11 W. | AKAK106506206/F-85363 (GS-5174) |
| T. 30 N., R. 11 W. | AKAK106506181/F-85337 (CG-108) |
| T. 30 N., R. 11 W. | AKAK106506203/F-85360 (GS-5177) |
| T. 31 N., R. 11 W. | AKAK106506200/F-85357 (GS-5180) |
| T. 32 N., R. 11 W. | AKAK106506198/F-85355 (GS-5182) |
| T. 13 N., R. 12 W. | AKAK106637386/F-44212 (GS-3829) |
| T. 14 N., R. 12 W. | AKAK106637389/F-44215 (GS-3832) |
| T. 15 N., R. 12 W. | AKAK106637392/F-44218 (GS-3835) |
| T. 16 N., R. 12 W. | AKAK106637395/F-44221 (GS-3838) |

---

[2] Pub. L. 85-508, 72 Stat. 339, as amended, 48 U.S.C. prec. 21.

[3] 94 Stat. 2371 at 2439, 43 U.S.C. 1635(e).

| | |
|---|---|
| T. 17 N., R. 12 W. | AKAK106637398/F-44224 (GS-3841) |
| T. 18 N., R. 12 W. | AKAK106637401/F-44227 (GS-3844) |
| T. 25 N., R. 12 W. | AKAK106506218/F-85376 (GS-5162) |
| T. 25 N., R. 12 W. | AKAK106581111/F-89238 (GS-6703) |
| T. 26 N., R. 12 W. | AKAK106506214/F-85372 (GS-5166) |
| T. 26 N., R. 12 W. | AKAK106581111/F-89238 (GS-6703) |
| T. 27 N., R. 12 W. | AKAK106506211/F-85368 (GS-5169) |
| T. 27 N., R. 12 W. | AKAK106581112/F-89239 (GS-6705) |
| T. 28 N., R. 12 W. | AKAK106506180/F-85336 (CG-107) |
| T. 29 N., R. 12 W. | AKAK106506205/F-85362 (GS-1575) |
| T. 30 N., R. 12 W. | AKAK106506182/F-85339 (CG-109) |
| T. 30 N., R. 12 W. | AKAK106506202/F-85359 (GS-5178) |
| T. 31 N., R. 12 W. | AKAK106506199/F-85356 (GS-5181) |
| T. 14 N., R. 13 W. | AKAK106637390/F-44216 (GS-3833) |
| T. 15 N., R. 13 W. | AKAK106637393/F-44219 (GS-3836) |
| T. 16 N., R. 13 W. | AKAK106637396/F-44222 (GS-3839) |
| T. 17 N., R. 13 W. | AKAK106637399/F-44225 (GS-3842) |
| T. 18 N., R. 13 W. | AKAK106637402/F-44228 (GS-3845) |
| T. 19 N., R. 13 W. | AKAK106581099/F-89226 (GS-6688) |
| T. 24 N., R. 13 W. | AKAK106506222/F-85380 (GS-5158) |
| T. 25 N., R. 13 W. | AKAK106506217/F-85375 (GS-5163) |
| T. 26 N., R. 13 W. | AKAK106506213/F-85371 (GS-5167) |
| T. 27 N., R. 13 W. | AKAK106506210/F-85367 (GS-5170) |
| T. 28 N., R. 13 W. | AKAK106506207/F-85364 (GS-5173) |
| T. 16 N., R. 14 W. | AKAK106581097/F-89224 (GS-6685) |
| T. 17 N., R. 14 W. | AKAK106506188/F-85345 (GS-5145) |
| T. 17 N., R. 14 W. | AKAK106581097/F-89224 (GS-6685) |
| T. 18 N., R. 14 W. | AKAK106506187/F-85344 (GS-5146) |
| T. 18 N., R. 14 W. | AKAK106480676/F-88939 (GS-6198) |
| T. 19 N., R. 14 W. | AKAK106506186/F-85343 (GS-5147) |
| T. 19 N., R. 14 W. | AKAK106581100/F-89227 (GS-6689) |
| T. 21 N., R. 14 W. | AKAK106506230/F-85390 (GS-5150) |
| T. 21 N., R. 14 W. | AKAK106480678/F-88941 (GS-6200) |
| T. 22 N., R. 14 W. | AKAK106506228/F-85387 (GS-5152) |
| T. 22 N., R. 14 W. | AKAK106581106/F-89233 (GS-6698) |
| T. 23 N., R. 14 W. | AKAK106506183/F-85340 (CG-110) |
| T. 23 N., R. 14 W. | AKAK106506225/F-85383 (GS-5155) |
| T. 24 N., R. 14 W. | AKAK106506221/F-85379 (GS-5159) |
| T. 25 N., R. 14 W. | AKAK106506216/F-85374 (GS-5164) |
| T. 26 N., R. 14 W. | AKAK106506212/F-85370 (GS-5168) |
| T. 27 N., R. 14 W. | AKAK106506209/F-85366 (GS-5171) |
| T. 18 N., R. 15 W. | AKAK106480676/F-88939 (GS-6198) |
| T. 19 N., R. 15 W. | AKAK106506185/F-85342 (GS-5148) |
| T. 19 N., R. 15 W. | AKAK106581101/F-89228 (GS-6690) |
| T. 20 N., R. 15 W. | AKAK106506231/F-85391 (GS-5149) |
| T. 21 N., R. 15 W. | AKAK106506229/F-85389 (GS-5151) |
| T. 21 N., R. 15 W. | AKAK106581103/F-89230 (GS-6694) |

| | |
|---|---|
| T. 22 N., R. 15 W. | AKAK106506227/F-85386 (GS-5153) |
| T. 23 N., R. 15 W. | AKAK106506184/F-85341 (CG-111) |
| T. 23 N., R. 15 W. | AKAK106506224/F-85382 (GS-5156) |
| T. 24 N., R. 15 W. | AKAK106506220/F-85378 (GS-5160) |
| T. 25 N., R. 15 W. | AKAK106506215/F-85373 (GS-5165) |
| T. 20 N., R. 16 W. | AKAK106480677/F-88940 (GS-6199) |
| T. 21 N., R. 16 W. | AKAK106581104/F-89231 (GS-6695) |
| T. 23 N., R. 16 W. | AKAK106506223/F-85381 (GS-5157) |
| T. 24 N., R. 16 W. | AKAK106506219/F-85377 (GS-5161) |

Umiat Meridian, Alaska

| | |
|---|---|
| T. 16 S., R. 10 E. | AKAK106581131/F-89258 (GS-6728) |
| T. 17 S., R. 10 E. | AKAK106581131/F-89258 (GS-6728) |
| T. 9 S., R. 11 E. | AKAK106581113/F-89240 (GS-6709) |
| T. 10 S., R. 11 E. | AKAK106581117/F-89244 (GS-6713) |
| T. 11 S., R. 11 E. | AKAK106581121/F-89248 (GS-6717) |
| T. 12 S., R. 11 E. | AKAK106581123/F-89250 (GS-6719) |
| T. 13 S., R. 11 E. | AKAK106581125/F-89252 (GS-6721) |
| T. 14 S., R. 11 E. | AKAK106581127/F-89254 (GS-6724) |
| T. 15 S., R. 11 E. | AKAK106640457/F-44610 (GS-4227) |
| T. 15 S., R. 11 E. | AKAK106581129/F-89256 (GS-6726) |
| T. 16 S., R. 11 E. | AKAK106640462/F-44615 (GS-4232) |
| T. 17 S., R. 11 E. | AKAK106640462/F-44615 (GS-4232) |
| T. 9 S., R. 12 E. | AKAK106581114/F-89241 (GS-6710) |
| T. 10 S., R. 12 E. | AKAK106581118/F-89245 (GS-6714) |
| T. 11 S., R. 12 E. | AKAK106581122/F-89249 (GS-6718) |
| T. 12 S., R. 12 E. | AKAK106581124/F-89251 (GS-6720) |
| T. 13 S., R. 12 E. | AKAK106581126/F-89253 (GS-6722) |
| T. 14 S., R. 12 E. | AKAK106581128/F-89255 (GS-6725) |
| T. 15 S., R. 12 E. | AKAK106640458/F-44611 (GS-4228) |
| T. 15 S., R. 12 E. | AKAK106581130/F-89257 (GS-6727) |
| T. 9 S., R. 13 E. | AKAK106581115/F-89242 (GS-6711) |
| T. 10 S., R. 13 E. | AKAK106581119/F-89246 (GS-6715) |
| T. 9 S., R. 14 E. | AKAK106581116/F-89243 (GS-6712) |
| T. 10 S., R. 14 E. | AKAK106581120/F-89247 (GS-6716) |

The selection applications included lands that were withdrawn from all forms of appropriation, including selection by the State of Alaska, by Public Land Order (PLO) 5150, 36 Fed. Reg. 25410 (Dec. 31, 1971), as amended, and by PLO 5180, 37 Fed. Reg. 5583 (Mar. 16, 1972), as amended.

On February 25, 2026, PLO 7966 partially revoked PLOs 5150 and 5180 within the Dalton Utility Corridor, north of the Yukon River. The opening order for PLO 7966 took effect on March 27, 2026. Accordingly, the lands subject to PLOs 5150 and 5180 are open to appropriation under the public land laws, including selection by the State of Alaska. As a result, the State's top filings made pursuant to Sec. 906(e) of ANILCA are now effective selections.

The Bureau of Land Management (BLM) has ten sites or facilities, described in the table below, that are currently experiencing some level of federal use within the Dalton Utility Corridor north of the Yukon River. The U.S. Fish and Wildlife Service (USFWS) has one bunkhouse site AKAK106166915/F-94544 located wholly within the footprint of the Galbraith Lake Administrative Site described below. The State's top filings – pursuant to Sec. 906(e) of ANILCA – continue to be recognized as a future interest application for the lands encompassed by the federal facilities, but are of no effect until such time the land becomes available for selection. If the land becomes available, the State's top filing will become an effective selection without any further action on the part of the State. These sites or facilities have been excluded from the lands approved herein for this conveyance to the State of Alaska:

| Federal Site or Facility | Serial Number |
| --- | --- |
| Galbraith Lake Administrative Site | AKAK106171695/F-91583 |
| Galbraith Lake USFWS Bunkhouse Site | AKAK106166915/F-94544 |
| Galbraith Lake Campground | AKAK106169303/F-91427 |
| Marion Creek Administrative Site | AKAK106167684/F-87167 |
| Marion Creek Campground | AKAK106167685/F-87168 |
| Coldfoot Winter Contact Station | AKAK106697532 |
| Arctic Interagency Visitor Center | AKAK106172638/F-80873 |
| Arctic Circle Campground and Wayside | AKAK106205607/F-87015 |
| Seven Mile Administrative Site | AKAK106172637/F-80872 |
| Five Mile Campground | AKAK106174472/F-91027 |
| Yukon Crossing Station | AKAK106171057/F-88079 |

The BLM's records reflect federal mining claims recorded prior to March 27, 2026, when the lands were opened to appropriation under the public land laws. Therefore, such lands encompassed in these federal mining claims are not available pursuant to Section 6(b) of the Statehood Act, and have not become effective selections. These mining claim recordations have been excluded by serial number from the lands approved herein for future conveyance to the State of Alaska. However, the State's top filings, pursuant to Sec. 906(e) of ANILCA, continue to be recognized as a future interest application for the lands encompassed by the mining claims but are of no effect until such time as the land becomes available for State selection.

On July 22, 2025, the State of Alaska submitted a request for priority conveyance for certain lands within the Dalton Utility Corridor north of the Yukon River that was subsequently as revised on October 9, 2025 and January 26, 2026. The State's most recent request includes most available federal land in the townships described above.

Applications for rights-of-ways (ROW) and permits for Federal lands that are wholly within the lands herein approved for conveyance currently pending before the BLM are rejected. *See The Mountaineering Club of Alaska, Inc.*, 19 IBLA 198 (1975) ("the allowance of a state selection application furthers the discharge of the federal obligation to fulfill the State's statutory entitlement and, generally, it will be preferred in the public interest over the discretionary application of one who does not have an entitlement of equal dignity.") Accordingly, the following applications, set out in the table below, are hereby rejected:

| Date | Applicant | Serial Number | Purpose |
|---|---|---|---|
| 1/4/2012 | William Carlo Jachetta | AKAK106167117/ F-96021 | ROW for access |
| 8/14/2017 | Dennis Diamond Mayer | AKAK106233573/ F-97349 | Long term camping permit |
| 3/1/2025 | Fairbanks Pumping and Thawing | AKAK106725174 | ROW for storage and towing operation with crew camp |
| 3/2/2026 | University of Alaska - Fairbanks | AKAK106792371 | ROW for research |
| 3/11/2026 | University of Alaska - Fairbanks | AKAK106792379 | ROW for access |
| 3/27/2026 | University of Alaska - Fairbanks | AKAK106792377 | ROW for research |

Similarly, Applications for rights-of-ways and permits for lands that are partially within the lands herein approved for conveyance applications currently pending before the BLM will be rejected for the portion of the lands within the conveyance boundary. *See the Mountaineering Club of Alaska, Inc.*, 19 IBLA 198 (1975) ("the allowance of a state selection application furthers the discharge of the federal obligation to fulfill the State's statutory entitlement and, generally, it will be preferred in the public interest over the discretionary application of one who does not have an entitlement of equal dignity."). Accordingly, the following applications, set out in the table below, are hereby rejected in part as to the lands herein approved for conveyance:

| Date | Applicant | Serial Number | Purpose |
|---|---|---|---|
| 8/28/2020 | John Bonacor | AKAK106233399/ F-97637 | ROW for access |
| 11/21/2025 | Tanana Chiefs Conference | AKAK106775579 | ROW for fiber optic line |
| 12/22/2025 | Allakaket Tribal Council | AKAK106792408 | ROW for winter road from Allakaket to Dalton Hwy |

The lands approved herein meet the criteria for compactness, are unreserved, are not known to be occupied or appropriated under the public land laws, are not valuable for hot or medicinal springs, and otherwise conform to the requirements of the Alaska Statehood Act. These lands are hereby approved for future conveyance to the State of Alaska.

The lands approved for conveyance are more particularly described in the attached proposed tentative approval, which is incorporated herein by reference. The proposed tentative approval also identifies federal and third-party interests, if any.

When this decision becomes final, the BLM will issue the tentative approval transferring title to the State of Alaska.

The chargeable acreage within these selections will not include the submerged lands, if any, up to the ordinary high water mark, beneath rivers or streams 3 chains wide (198 feet) and wider, and

lakes 50 acres and larger, which are meander-able according to the 2009 BLM's Manual of Surveying Instructions and navigable waters, if any, of lesser size. These submerged lands will be identified at the time of survey.

As set out in the table below, the State of Alaska Department of Transportation and Public Facilities (ADOT&PF) filed applications and a request for consent that are currently pending before the BLM, and which address lands that are completely within the lands herein approved for conveyance. Further adjudication of the applications or consent, if granted, would create a property right that would merge with title upon conveyance. As such, the BLM will not take further action on these applications:

| Date | Serial Number | Purpose |
|---|---|---|
| October 23, 2019 | AKAK106233611/F-97563 | ROW application for calcium chloride storage sites |
| April 30, 2020 | AKAK106233030/F-97601 | Request for BLM consent to a Highway Easement Deed |
| April 1, 2022 | AKAK106233762/F-97820 | ROW application for culvert replacement |
| March 18, 2025 | AKAK106724036 | ROW application for stream redirection dike |

Similarly, on November 15, 2024, the ADOT&PF filed application AKAK106792370 for statewide avalanche mitigation that is currently pending before the BLM, and which addresses lands that are partially within the lands herein approved for conveyance. Further adjudication of the application would create a property right that would merge with title upon conveyance. As such, the BLM will not take further action on the application as to the lands herein approved for conveyance.

Pursuant to Sec. 906(k) of ANILCA, the BLM will review any revenue generating cases and, if appropriate, authorize payment to the State of 90 percent of the proceeds received and attributable to the use of those lands after the date the State's selection applications become effective.

As set out in the table below, airport leases issued to the ADOT&PF will not be reserved in the grant since the lesser interests granted to the State will merge with the State's full title granted under this conveyance. A duplicate copy of the ROW case files will be transferred to the State after conveyance. The original case files will be sent to the Federal Records Center (FRC):

| Airport | Serial Number | Approximate Location |
|---|---|---|
| Prospect Creek | AKAK105856081/F-12631 | Secs. 17, 19 and 20, T. 23 N., R. 14 W., Fairbanks Meridian (unsurveyed) |
| Galbraith Lake | AKAK105856082/F-12632 | Secs. 14, 15, 22 and 23, T. 11 S., R. 23 E., Umiat Meridian (unsurveyed) |
| Chandalar | AKAK106169220/F-84552 | Secs. 3, 9, 10, and 16, T. 11 S., R. 16 E., Umiat Meridian (unsurveyed) |
| Coldfoot | AKAK106169221/F-84553 | Secs. 9 and 16, T. 28 N., R. 12 W., Fairbanks Meridian (unsurveyed) |

Highway easement deeds AKAK105894378/F-21145, AKAK106170254/F-39276, AKAK106170256/F-39278, AKAK106172012/F-72967, AKAK106172651/F-85289, and AKAK106168685/F-94436 will not be reserved in the tentative approval since the lesser interests granted to the State under the Federal Aid to Highways Act of August 27, 1958, (72 Stat. 916; 23 U.S.C. 317) merge with the State's full title granted under the Alaska Statehood Act. The case files will be retained by the BLM.

Rights-of-way AKAK106171408/F-40578, AKAK106171999/F-43687, AKAK106169259/F-87242, AKAK106174481/F-91062, AKAK106167088/F-91216, AKAK106167089/F-91217, AKAK106168882/F-91394, AKAK106169922/F-91446, AKAK106172709/F-91735, AKAK106170649/F-92706, AKAK106169661/F-92980, AKAK106172503/F-93819, AKAK106167116/F-96020, and AKAK106173728/F-96663 will not be reserved in the tentative approval since the lesser interests granted to the State under Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761) merge with the State's full title granted under the Alaska Statehood Act. The case files will be retained by the BLM.

Mineral material free use permits AKAK106539380/F-96023, AKAK106578454/F-92996, AKAK106578455/F-92997, AKAK106578465/F-93007, AKAK106578476/F-93019, AKAK106578477/F-93020, AKAK106578478/F-93021, AKAK106578479/F-93022, AKAK106578482/F-93025, AKAK106578484/F-93027, AKAK106578485/F-93028, AKAK106578486/F-93029, AKAK106578488/F-93031, and AKAK106660941/F-95644 will not be reserved in the tentative approval since the lesser interests granted to the State under the Act of July 31, 1947, as amended, and 43 U.S.C. 2 and 1201 merge with the State's full title granted under the Alaska Statehood Act. A duplicate copy of these case files will be transferred to the State after conveyance. The original case files will be sent to the FRC.

The ROW AKAK106233544/F-97133 will not be reserved in the tentative approval since the lesser interests granted to the State under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976, 90 Stat. 2776; 43 U.S.C. 1761 merge with the State's full title granted under the Alaska Statehood Act. A duplicate copy of the case file will be transferred to the State after conveyance. The original case file will be sent to the FRC.

After conveyance has been issued, the appropriate Succession of Interest notices and Waiver of Administration decisions, if applicable, for the interests identified in the proposed conveyance document, will be issued by the BLM.

My decision herein constitutes the final decision of the Department and, in accordance with 43 C.F.R. 4.402(b0(2), is not subject to appeal under Departmental regulations at 43 C.F.R. Part 4. We appreciate the State's collaboration on this undertaking to date, and look forward to continued

cooperation on fulfilling your statehood land entitlement. If you have any questions, please feel free to contact Chelsea Kreiner with BLM Alaska at ckreiner@blm.gov or 907.271.4205.

Sincerely,

Lanny E. Erdos
Director, Office of Surface Mining, Reclamation, and Enforcement
Exercising the Authority of the Assistant Secretary -- Land and Minerals Management

Enclosures:
    Proposed Tentative Approval

AK FM FY

AKAK106171695/F-91583
AKAK106166915/F- 94544
AKAK106169303/F-91427
AKAK106167684/F-87167
AKAK106167685/F-87168
AKAK106697532
AKAK106172638/F-80873
AKAK106205607/F-87015
AKAK106172637/F-80872
AKAK106174472/F-91027
AKAK106171057/F-88079
AKAK106233611/F-97563
AKAK106233030/F-97601
AKAK106233762/F-97820
AKAK106724036
AKAK106792370
AKAK105856081/F-12631
AKAK105856082/F-12632
AKAK106169220/F-84552
AKAK106169221/F-84553
AKAK105894378/F-21145
AKAK106170254/F-39276
AKAK106170256/F-39278
AKAK106172012/F-72967
AKAK106172651/F-85289
AKAK106168685/F-94436
AKAK106171408/F-40578
AKAK106171999/F-43687
AKAK106169259/F-87242

AKAK106174481/F-91062
AKAK106167088/F-91216
AKAK106167089/F-91217
AKAK106168882/F-91394
AKAK106169922/F-91446
AKAK106172709/F-91735
AKAK106170649/F-92706
AKAK106169661/F-92980
AKAK106172503/F-93819
AKAK106167116/F-96020
AKAK106173728/F-96663
AKAK106539380/F-96023
AKAK106578454/F-92996
AKAK106578455/F-92997
AKAK106578465/F-93007
AKAK106578476/F-93019
AKAK106578477/F-93020
AKAK106578478/F-93021
AKAK106578479/F-93022
AKAK106578482/F-93025
AKAK106578484/F-93027
AKAK106578485/F-93028
AKAK106578486/F-93029
AKAK106578488/F-93031
AKAK106660941/F-95644
AKAK106233544/F-97133