# The United States of America

## Tentative Approval

**MAY 05 2026**

Decision: April 21, 2026 AKAK106637381/F-44207[1]

This Tentative Approval is issued by the UNITED STATES, Department of the Interior, Bureau of Land Management, 222 West Seventh Avenue, #13, Anchorage, Alaska 99513-7504, as GRANTOR, to the State of Alaska, Department of Natural Resources, Division of Mining, Land and Water, 550 West Seventh Avenue, Suite 1050A, Anchorage, Alaska 99501-3579, as GRANTEE, for lands in the Barrow, Fort Gibbon, Rampart, and Fairbanks Recording Districts.

The State of Alaska has filed multiple Community Grant and General Purposes Grant

---

[1] AKAK106637384/F-44210, AKAK106637385/F-44211, AKAK106637386/F-44212, AKAK106637388/F-44214, AKAK106637389/F-44215, AKAK106637390/F-44216, AKAK106637392/F-44218, AKAK106637393/F-44219, AKAK106637395/F-44221, AKAK106637396/F-44222, AKAK106637398/F-44224, AKAK106637399/F-44225, AKAK106637401/F-44227, AKAK106637402/F-44228, AKAK106640457/F-44610, AKAK106640458/F-44611, AKAK106640462/F-44615, AKAK106506180/F-85336, AKAK106506181/F-85337, AKAK106506182/F-85339, AKAK106506183/F-85340, AKAK106506184/F-85341, AKAK106506185/F-85342, AKAK106506186/F-85343, AKAK106506187/F-85344, AKAK106506188/F-85345, AKAK106506189/F-85346, AKAK106506190/F-85347, AKAK106506191/F-85348, AKAK106506192/F-85349, AKAK106506193/F-85350, AKAK106506194/F-85351, AKAK106506195/F-85352, AKAK106506196/F-85353, AKAK106506197/F-85354, AKAK106506198/F-85355. AKAK106506199/F-85356, AKAK106506200/F-85357, AKAK106506201/F-85358, AKAK106506202/F-85359, AKAK106506203/F-85360, AKAK106506204/F-85361, AKAK106506205/F-85362, AKAK106506206/F-85363, AKAK106506207/F-85364, AKAK106506208/F-85365, AKAK106506209/F-85366, AKAK106506210/F-85367, AKAK106506211/F-85368, AKAK106506212/F-85370, AKAK106506213/F-85371. AKAK106506214/F-85372, AKAK106506215/F-85373, AKAK106506216/F-85374, AKAK106506217/F-85375, AKAK106506218/F-85376, AKAK106506219/F-85377, AKAK106506220/F-85378, AKAK106506221/F-85379, AKAK106506222/F-85380, AKAK106506223/F-85381, AKAK106506224/F-85382, AKAK106506225/F-85383, AKAK106506227/F-85386, AKAK106506228/F-85387, AKAK106506229/F-85389, AKAK106506230/F-85390, AKAK106506231/F-85391, AKAK106506258/F-85439, AKAK106506259/F-85440, AKAK106506260/F-85441, AKAK106506261/F-85442, AKAK106480676/F-88939, AKAK106480677/F-88940, AKAK106480678/F-88941, AKAK106581097/F-89224, AKAK106581099/F-89226, AKAK106581100/F-89227, AKAK106581101/F-89228, AKAK106581103/F-89230, AKAK106581104/F-89231, AKAK106581106/F-89233, AKAK106581111/F-89238, AKAK106581112/F-89239, AKAK106581113/F-89240, AKAK106581114/F-89241, AKAK106581115/F-89242, AKAK106581116/F-89243, AKAK106581117/F-89244, AKAK106581118/F-89245, AKAK106581119/F-89246, AKAK106581120/F-89247, AKAK106581121/F-89248, AKAK106581122/F-89249, AKAK106581123/F-89250, AKAK106581124/F-89251, AKAK106581125/F-89252, AKAK106581126/F-89253, AKAK106581127/F-89254, AKAK106581128/F-89255, AKAK106581129/F-89256, AKAK106581130/F-89257, AKAK106581131/F-89258.

Tentative Approval No. **2026-0002**

selection applications pursuant to Secs. 6(a) and 6(b) of the Alaska Statehood Act of July 7, 1958, Pub. L. 85-508, 72 Stat. 339, as amended.

## Section 6(a) Lands

The following described lands, which are considered proper for acquisition by the State pursuant to Sec. 6(a), are hereby tentatively approved:

Fairbanks Meridian, Alaska

| | |
|---|---|
| T. 12 N., R. 10 W., | AKAK106506260  F-85441 (CG-103) |
| Secs. 4, 5, and 6; | |
| Sec. 7, lot 1, excluding U.S. Survey No. 12924; | |
| Secs. 8 and 9. | |

Containing approximately 2,855 acres.

| | |
|---|---|
| T. 13 N., R. 10 W., | AKAK106506258  F-85439 (CG-105) |
| Sec. 19; | |
| Secs. 28 to 33, inclusive. | |

Containing approximately 4,471 acres.

| | |
|---|---|
| T. 12 N., R. 11 W., | AKAK106506261  F-85442 (CG-104) |
| Sec. 1, lot 1; | |
| Sec. 2, lots 1 and 2; | |
| Sec. 11, lot 1; | |
| Sec. 12, lot 1. | |

Containing 1,153.50 acres.

| | |
|---|---|
| T. 13 N., R. 11 W., | AKAK106506259  F-85440 (CG-106) |
| Secs. 3 to 10, inclusive; | |
| Secs. 13 to 20, inclusive; | |
| Sec. 21, lot 1; | |
| Sec. 22, lot 1; | |
| Secs. 23 and 24; | |
| Sec. 25, lot 1; | |
| Sec. 26, lot 1, excluding AKAK106174472 (F-91027); | |
| Sec. 27, excluding AKAK106174472 (F-91027); | |
| Secs. 28 and 29; | |

Tentative Approval No. __2026-0002__

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 2 of 77

**Exhibit 2**
**Page 2 of 77**

Sec. 30, lots 1 and 2;
Sec. 31, lots 1, 2, and 3;
Sec. 32, lots 1 and 2;
Sec. 33, lots 1 and 2;
Sec. 34, excluding AKAK106174472 (F-91027);
Sec. 35, lot 1, excluding AKAK106174472 (F-91027);
Sec. 36.

Containing approximately 20,141 acres.

T. 30 N., R. 11 W.,                 AKAK106506181 F-85337 (CG-108)
Secs. 4 to 9, inclusive;
Secs. 16 to 18, inclusive;
Sec. 19, excluding Lots 10, 11, 12, and 24, U.S. Survey No. 5276, Alaska;
Secs. 20 and 21;
Secs. 28 to 33, inclusive;

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106620922 (F-94330), AK106581631 (F-96691), AK106581632 (F-96692), AK106581633 (F-96693), AK106596567 (F-97928).

Containing approximately 11,295 acres.

T. 28 N., R. 12 W.,                 AKAK106506180 F-85336 (CG-107)
Secs. 1 and 2;
Sec. 3, those lands formerly within mining claim recordations AK106472684 (F-57152), AK106472685 (F-57153), AK106472686 (F-57154), AK106472699 (F-57168), previously excluded from the tentative approval dated August 19, 1992;
Sec. 4, those lands formerly within mining claim recordations AK106472683 (F-57151), AK106472684 (F-57152), AK106472685 (F-57153), AK106472686 (F-57154), previously excluded from the tentative approval dated August 19, 1992;
Secs. 5 to 8, inclusive;
Sec. 9, those lands formerly within mining claim recordations AK106472685 (F-57153), AK106472686 (F-57154), AK106472687 (F-57155), AK106472688 (F-57156), AK106472689 (F-57157), previously excluded from the tentative approval dated August 19, 1992, and those lands within airport lease AKAK106169221 (F-84553);

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 3 of 77

**Exhibit 2
Page 3 of 77**

Sec. 10, those lands formerly within mining claim recordation AKAK106472686 (F-57154), AKAK106472687 (F-57155), AKAK106472699 (F-57168), previously excluded from the tentative approval dated August 19, 1992;
Sec. 11 to 14, inclusive;
Sec. 15, excluding U.S. Survey No. 12937, Alaska, and Lots 1 and 2, U.S. Survey No 13175, Alaska, and AK106174822 (F-81271);
Sec. 16, including those lands within airport lease AKAK106169221 (F-84553), excluding U.S. Survey No. 12937, Alaska, and Lot 1, U.S. Survey No. 13175, Alaska;
Secs. 17 to 20, inclusive;
Secs. 23 to 36, inclusive;

excluding from the lands tentatively approved herein, those lands previously conveyed by tentative approval 1992-0058, dated August 19, 1992, and tentative approval 1994-0020, dated January 5, 1994;

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described below, subject to conformance to survey:

Closed Mining claims recordations AK106637842 (F-83943), AK106637843 (F-83944), AK106637844 (F-83945), AK106581568 (F-96591), AK106581569 (F-96592), AK106581570 (F-96593), AK106592252 (F-97695), AK106592253 (F-97696), and AK106592254 (F-97697);

Mining claim recordations AK106583516 (F-63334), AK106583518 (F-63335), AK106583522 (F-63338), AK106583523 (F-63339), AK106583524 (F-63340), AK106583525 (F-63341), AK106583526 (F-63342), AK106583527 (F-63343), AK106583528 (F-63344), AK106583529 (F-63345), AK106583530 (F-63346), AK106583531 (F-63347), AK106583532 (F-63348), AK106583533 (F-63349), AK106583534 (F-63350), AK106583535 (F-63351), AK106583536 (F-63352), AK106583537 (F-63353), AK106583538 (F-63354), AK106583539 (F-63355), AK106583540 (F-63356), AK106587547 (F-63363), AK106587548 (F-63364), AK106587560 (F-63376), AK106587561 (F-63377), AK106587562 (F-63378), AK106587564 (F-63379), AK106587584 (F-63392),  and AK106587585 (F-63393).

Containing approximately 17,159 acres.

|  |  |
|---|---|
| T. 30 N., R. 12 W., | AKAK106506182  F-85339 (CG-109) |
| Secs. 1, 2, and 3; | |
| Secs. 10 to 15, inclusive; | |

Tentative Approval No. **2026 - 0002**

Secs. 22 and 23;
Sec. 24, excluding Lots 1 through 17, and 19 through 26 U.S. Survey No. 5276, Alaska, Lot 3, U.S. Survey 7319, Alaska;
Sec. 25, excluding Lot 3, U.S. Survey No. 7319, Alaska;
Secs. 26 and 27;
Secs. 34, 35, and 36;

excluding from the lands tentatively approved herein, the following patented lands which are described as U.S. Survey No. 4181, Alaska, Lots 1 and 4, U.S. Survey No. 7319, Alaska;

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described below, subject to conformance to survey:

Mining claim recordations AK106578417 (F-92941), AK106578418 (F-92942), AK106578419 (F-92943), AK106578420 (F-92944), and AK106792103.

Containing approximately 11,192 acres.

| | |
|---|---|
| T. 23 N., R. 14 W.,<br>Secs. 4 to 9, inclusive;<br>Secs. 16 to 21, inclusive;<br>Secs. 28 to 33, inclusive. | AKAK106506183  F-85340 (CG-110) |

Containing approximately 11,319 acres.

| | |
|---|---|
| T. 23 N., R. 15 W.,<br>Secs. 22 to 27, inclusive;<br>Secs. 35 and 36. | AKAK106506184  F-85341 (CG-111) |

Containing approximately 5,120 acres.

Aggregating approximately 84,706 acres.

Tentative Approval No. 2026 -0002

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 5 of 77

Exhibit 2
Page 5 of 77

**Section 6(b) Lands**

The following described lands, which are considered proper for acquisition by the State pursuant to Sec. 6(b), are hereby tentatively approved:

AKAK106506187  F-85344 (GS-5146)

Lots 2, 4, and 6, U.S. Survey No. 6892, Alaska.

Containing 9.36 acres.

AKAK106506225  F-85383 (GS-5155)

Mineral Survey No. 2425, Alaska;

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106600206 (F-98187) and AK106600207(F-98188).

Containing approximately 72 acres.

Fairbanks Meridian, Alaska

T. 33 N., R. 9 W.,                        AKAK106506197  F-85354 (GS-5183)
    Secs. 1 to 36, inclusive.

Containing approximately 22,997 acres.

T. 34 N., R. 9 W.,                        AKAK106506195  F-85352 (GS-5185)
    Secs. 1 to 36, inclusive;

excluding from the lands tentatively approved herein, the following patented lands which are described as U.S. Survey No. 5268, Alaska.

Containing approximately 22,908 acres.

T. 35 N., R. 9 W.,                        AKAK106506193  F-85350 (GS-5187)
    Secs. 1 to 36, inclusive.

Containing approximately 22,829 acres.

Tentative Approval No. **2026 - 0002**

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 6 of 77

**Exhibit 2**
**Page 6 of 77**

T. 36 N., R. 9 W.,                AKAK106506191  F-85348 (GS-5189)
     Secs. 1 to 36, inclusive.

Containing approximately 22,744 acres.

     T. 37 N., R. 9 W.,                AKAK106506189  F-85346 (GS-5191)
     Secs. 25 to 36, inclusive.

Containing approximately 5,032 acres.

     T. 13 N., R. 10 W.,                AKAK106637384  F-44210 (GS-3827)
     Secs. 20 and 21.

Containing approximately 1,280 acres.

     T. 30 N., R. 10 W.,                AKAK106506204  F-85361 (GS-5176)
     Secs. 6 and 7;
     Secs. 16 to 23, inclusive;
     Sec. 26.

Containing approximately 6,872 acres.

     T. 31 N., R. 10 W.,                AKAK106506201  F-85358 (GS-5179)
     Secs. 1 to 36, inclusive;

excluding from the lands tentatively approved herein, the following patented lands which are described as Lots 1 and 2, U.S. Survey No. 5199, Alaska;

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106645643 (F-25897), AK106645644 (F-25898), AK106645648 (F-25901), AK106645649 (F-25902), AK106645650 (F-25903), AK106645651 (F-25904), AK106599556 (F-54162), AK106599557 (F-54163), AK106599558 (F-54164), AK106599559 (F-54165), AK106599561 (F-54166), AK106599563 (F-54167), AK106599564 (F-54168), AK106599565 (F-54169), AK106599566 (F-54170), AK106599567 (F-54171), AK106599568 (F-54172), AK106599569 (F-54173), AK106599570 (F-54174), AK106691330 (F-64848), AK106691331 (F-64849), AK106519474 (F-78663), AK106519476 (F-78664), AK106519477 (F-78665), AK106519478 (F-78666), AK106519479 (F-78667), AK106519480 (F-78668), AK106519481 (F-78669), AK106592064 (F-90795), AK106592065 (F-90796), AK106592066 (F-90797), AK106592067 (F-90798),

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 7 of 77

**Exhibit 2**
**Page 7 of 77**

AK106592068 (F-90799), AK106519194 (F-91544), AK106519195 (F-91545), AK106519196 (F-91546), AK106519197 (F-91547), AK106660855 (F-95453), AK106480567 (F-96503), AK106480568 (F-96504), AK106586358 (F-96928), AK106586359 (F-96929), AK106586360 (F-96930), AK106586361 (F-96931), AK106592121 (F-97416), AK106592122 (F-97417), AK106592123 (F-97418), AK106592124 (F-97419), AK106592159 (F-97535), AK106596496 (F-97783), AK106596497 (F-97784), AK106696775, AK106696776, AK106696777, AK106696778, AK106729742, AK106729743.

Containing approximately 21,266 acres.

T. 32 N., R. 10 W.,                AKAK106506198  F-85355 (GS-5182)
Secs. 1 to 5, inclusive;
Secs. 6 and 7, excluding Gates of the Arctic National Park;
Secs. 8 to 17, inclusive;
Secs. 18 and 19, excluding Gates of the Arctic National Park;
Secs. 20 to 29, inclusive;
Secs. 30 and 31, excluding Gates of the Arctic National Park;
Secs. 32 to 36, inclusive.

Containing approximately 21,706 acres.

T. 33 N., R. 10 W.,                AKAK106506196  F-85353 (GS-5184)
Secs. 1 to 4, inclusive;
Secs. 5, 8, and 9, excluding Gates of the Arctic National Park;
Secs. 10 to 15, inclusive;
Secs. 16, 20, and 21, excluding Gates of the Arctic National Park;
Secs. 22 to 28, inclusive;
Secs. 29 and 32, excluding Gates of the Arctic National Park;
Secs. 33 to 36, inclusive.

Containing approximately 15,668 acres.

T. 34 N., R. 10 W.,                AKAK106506194  F-85351 (GS-5186)
Secs. 1 to 5, inclusive;
Sec. 6, excluding Gates of the Arctic National Park;
Secs. 7 to 28, inclusive;
Secs. 29, 30, and 32, excluding Gates of the Arctic National Park;
Secs. 33 to 36, inclusive.

Containing approximately 21,403 acres.

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 8 of 77

**Exhibit 2**
**Page 8 of 77**

T. 35 N., R. 10 W.,                          AKAK106506192  F-85349 (GS-5188)
　　Secs. 1 to 5, inclusive,
　　Secs. 6 and 7, excluding Gates of the Arctic National Park;
　　Secs. 8 to 17, inclusive,
　　Secs. 18 and 19, excluding Gates of the Arctic National Park;
　　Secs. 20 to 29, inclusive,
　　Secs. 30 and 31, excluding Gates of the Arctic National Park;
　　Secs. 32 to 36, inclusive.

Containing approximately 21,403 acres.

T. 36 N., R. 10 W.,                          AKAK106506190  F-85347 (GS-5190)
　　Secs. 1, 2, and 3;
　　Secs. 4, 5, 8 and 9, excluding Gates of the Arctic National Park;
　　Secs. 10 to 16, inclusive;
　　Sec. 17, excluding Gates of the Arctic National Park;
　　Sec. 20, excluding Gates of the Arctic National Park;
　　Secs. 21 to 28, inclusive;
　　Secs. 29 to 32, inclusive, excluding Gates of the Arctic National Park;
　　Secs. 33 to 36, inclusive;

excluding from the lands tentatively approved herein, the following patented lands which
are described as Lots 1 and 2, U.S. Survey No. 11859, Alaska.

Containing approximately 17,911 acres.

T. 37 N., R. 10 W.,                          AKAK106506189  F-85346 (GS-5191)
　　Secs. 25 and 26;
　　Secs. 27, 28, and 33, excluding Gates of the Arctic National Park;
　　Secs. 34, 35, and 36.

Containing approximately 2,754 acres.

T. 12 N., R. 11 W.,                          AKAK106637381  F-44207 (GS-3824)
　　Sec. 3, lots 1 to 4, inclusive;
　　Sec. 4, lots 1 to 4, inclusive;
　　Sec. 5, lots 1, 2, and 3;
　　Secs. 6 to 9, inclusive;
　　Sec. 10, lots 1, 2, and 3;
　　Sec. 14, lot 1;
　　Sec. 15, lot 1;
　　Secs. 16, 17, and 18;

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP　　Document 12-2　　Filed 05/06/26　　Page 9 of 77

**Exhibit 2**
**Page 9 of 77**

Sec. 19, lots 1 and 2;
Sec. 20, lot 1;
Sec. 21, lot 1;
Sec. 22, lot 1;
Sec. 23, lot 2;
Sec. 30, lot 1.

Containing 8,724.60 acres.

T. 13 N., R. 11 W.,                AKAK106637385  F-44211 (GS-3828)
Secs. 1 and 2;
Secs. 11 and 12.

Containing 2,560 acres.

T. 14 N., R. 11 W.,                AKAK106637388  F-44214 (GS-3831)
Secs. 19 and 20;
Secs. 29 to 32, inclusive.

Containing approximately 3,792 acres.

T. 28 N., R. 11 W.,                AKAK106506208  F-85365 (GS-5172)
Secs. 1 to 36, inclusive;

excluding from the lands tentatively approved herein, the following interests of record,
which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106582172 (F-58133), AK106582173 (F-58134),
AK106582174 (F-58135), AK106582175 (F-58136), AK106582176 (F-58137),
AK106582177 (F-58138), AK106582178 (F-58139), AK106582179 (F-58140),
AK106582180 (F-58141), AK106582181 (F-58142), AK106582182 (F-58143),
AK106582183 (F-58144), AK106582184 (F-58145), AK106582185 (F-58146),
AK106582186 (F-58147), AK106582187 (F-58148), AK106582188 (F-58149),
AK106582190 (F-58150), AK106582191 (F-58151), AK106582192 (F-58152),
AK106582193 (F-58153), AK106582194 (F-58154), AK106582195 (F-58155),
AK106582196 (F-58156), AK106582200 (F-58160), AK106582202 (F-58161),
AK106582205 (F-58164), AK106582206 (F-58165), AK106582207 (F-58166),
AK106582208 (F-58167), AK106582209 (F-58168), AK106582210 (F-58169),
AK106582211 (F-58170), AK106582212 (F-58171), AK106505963 (F-85031),
AK106457986 (F-94065), AK106457987 (F-94066), AK106457988 (F-94067),
AK106457989 (F-94068), AK106457990 (F-94069), AK106457991 (F-94070),
AK106457992 (F-94071), AK106457993 (F-94072), AK106457994 (F-94073),

Tentative Approval No. __2026 - 0002_____

AK106457995 (F-94074), AK106621030 (F-94566), AK106621031 (F-94567),
AK106621032 (F-94568), AK106621033 (F-94569), AK106621034 (F-94570),
AK106621035 (F-94571), AK106621036 (F-94572), AK106470478 (F-95010),
AK106470479 (F-95011), AK106470480 (F-95012), AK106470481 (F-95013),
AK106470482 (F-95014), AK106660920 (F-95596), AK106660921 (F-95597),
AK106539339 (F-95972), AK106539340 (F-95973), AK106539341 (F-95974),
AK106581670 (F-96735), AK106581671 (F-96736), AK106581672 (F-96737),
AK106581673 (F-96738), AK106596524 (F-97860), AK106600242 (F-98226),
AK106600243 (F-98227), AK106600244 (F-98228), AK106600245 (F-98229),
AK106600246 (F-98230), AK106600247 (F-98231), AK106600248 (F-98232),
AK106600249 (F-98233), AK106600250 (F-98234), AK106600251 (F-98235),
AK106600252 (F-98236), AK106600253 (F-98237), AK106600254 (F-98238),
AK106600255 (F-98239), AK106600256 (F-98240), AK106600257 (F-98241),
AK106600258 (F-98242), AK106600259 (F-98243), AK106600260 (F-98244),
AK106600261 (F-98245), AK106729018, AK106759580, AK106759581, AK106759582,
AK106759583, and former mining claim recordation AK106581570 (F-96593).

Containing approximately 20,814 acres.

> T. 29 N., R. 11 W.,  AKAK106506206  F-85363 (GS-5174)
> Secs. 1 to 36, inclusive;

excluding from the lands tentatively approved herein, the following interests of record,
which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106582195 (F-58155), AK106637821 (F-83918),
AK106637822 (F-83919), AK106637823 (F-83920), AK106637824 (F-83921),
AK106637825 (F-83922).

Containing approximately 22,879 acres.

> T. 30 N., R. 11 W.,  AKAK106506203  F-85360 (GS-5177)
> Secs. 1, 2, and 3;
> Secs. 10 to 15, inclusive;
> Secs. 22 to 27, inclusive;
> Secs. 34, 35, and 36;

excluding from the lands tentatively approved herein, the following interests of record,
which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106620922 (F-94330), AK106620923 (F-94331),
AK106581623 (F- 96678), AK106581634 (F-96694), AK106581635 (F-96695),

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 11 of 77

Exhibit 2
Page 11 of 77

AK106581636 (F-96696), AK106581637 (F-96697), AK106581638 (F-96698), AK106581639 (F-96699), AK106581640 (F-96700).

Containing approximately 11,300 acres.

T. 31 N., R. 11 W.,                AKAK106506200  F-85357 (GS-5180)
  Secs. 1 and 2, excluding Gates of the Arctic National Park;
  Secs. 7, 8, 9 and 11, excluding Gates of the Arctic National Park;
  Secs. 12 and 13;
  Secs. 14 to 17, inclusive, excluding Gates of the Arctic National Park;
  Secs. 18 to 21, inclusive;
  Secs. 22 and 23, excluding Gates of the Arctic National Park;
  Secs. 24 to 36, inclusive;

excluding from the lands tentatively approved herein, the following patented lands which are described as Lots 1 and 2, U.S. Survey No. 5199, Alaska;

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106672261 (F-31703), AK106672262 (F-31704), AK106672263 (F-31705), AK106672264 (F-31706), AK106672266 (F-31707), AK106595530 (F-53941), AK106595532 (F-53942), AK106595533 (F-53943), AK106595534 (F-53944), AK106595536 (F-53945), AK106627148 (F-61649), AK106627149 (F-61650), AK106627150 (F-61651), AK106505436 (F-69564), AK106505438 (F-69566), AK106505439 (F-69567), AK106505440 (F-69568), AK106505441 (F-69569), AK106505443 (F-69571), AK106574594 (F-79316), AK106473750 (F-81231), AK106473752 (F-81232), AK106473753 (F-81233), AK106578532 (F-93115), AK106621051 (F-94592), AK106470576 (F-95129), AK106470577 (F-95130), AK106470578 (F-95131), AK106470581 (F-95134), AK106470582 (F-95135), AK106470583 (F-95136), AK106654922 (F-95137), AK106654923 (F-95138), AK106654924 (F-95139), AK106654926 (F-95141), AK106660851 (F-95440), AK106539264 (F-95889), AK106539265 (F-95890), AK106480508 (F-96415), AK106600226 (F-98210).

Containing approximately 15,077 acres.

T. 32 N., R. 11 W.,                AKAK106506198  F-85355 (GS-5182)
  Sec. 36, excluding Gates of the Arctic National Park.

Containing approximately 256 acres.

Tentative Approval No. **2026 - 0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 12 of 77

**Exhibit 2**

**Page 12 of 77**

T. 13 N., R. 12 W.,                         AKAK106637386  F-44212 (GS-3829)
    Secs. 1 and 2;
    Sec. 3, lots 1 and 2;
    Secs. 4 to 9, inclusive;
    Sec. 10, lots 1, 2, and 3;
    Sec. 11, lots 1, 2, and 3;
    Secs. 12 and 13;
    Sec. 14, lots 1 and 2;
    Sec. 15, lots 1 and 2;
    Secs. 16 to 22, inclusive;
    Sec. 23, lots 1 and 2;
    Sec. 24;
    Sec. 25, lots 1 and 2;
    Sec. 26, lots 1 and 2;
    Secs. 27 to 35, inclusive;
    Sec. 36, lots 1 and 2.

Containing 22,755.23 acres.

T. 14 N., R. 12 W.,                         AKAK106637389  F-44215 (GS-3832)
    Secs. 1 to 16, inclusive;
    Sec. 17, N1/2, SE1/4, N1/2SW1/4, SE1/4SW1/4;
    Sec. 18, N1/2NE1/4, N1/2SW1/4NE1/4, N1/2SE1/4NE1/4;
    Sec. 20, NE1/4, NE1/4NW1/4, N1/2SE1/4NW1/4, NE1/4SE1/4;
    Secs. 21 to 27, inclusive;
    Sec. 28, those lands lying north and east of the westerly boundary of the
    Dalton Highway right-of-way;
    Sec. 33, those lands lying north and east of the westerly boundary of the
    Dalton Highway right-of-way;
    Sec. 34, those lands lying north and east of the westerly boundary of the
    Dalton Highway right-of-way;
    Sec. 35, all, excluding that portion of the W1/2SW1/4 lying south and
    west of the westerly boundary of the Dalton Highway right-of-way;
    Sec. 36.

Containing approximately 17,324 acres.

Tentative Approval No. 2026-0002

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 13 of 77

Exhibit 2
Page 13 of 77

T. 15 N., R. 12 W.,       AKAK106637392  F-44218 (GS-3835)
     Secs. 3 to 10, inclusive;
     Secs. 15 to 22, inclusive;
     Secs. 27 to 34, inclusive.

Containing approximately 15,165 acres.

T. 16 N., R. 12 W.,       AKAK106637395  F-44221 (GS-3838)
     Secs. 5 to 8, inclusive;
     Secs. 17 to 21, inclusive;
     Secs. 28 to 33, inclusive.

Containing approximately 9,327 acres.

T. 17 N., R. 12 W.,       AKAK106637398  F-44224 (GS-3841)
     Secs. 1 to 6, inclusive;
     Secs. 11 and 12.

Containing approximately 5,108 acres.

T. 18 N., R. 12 W.,       AKAK106637401  F-44227 (GS-3844)
     Secs. 19, 20, and 21;
     Secs. 25 to 36, inclusive.

Containing approximately 9,551 acres.

T. 25 N., R. 12 W.,       AKAK106506218  F-85376 (GS-5162)
     Secs. 3 to 10, inclusive;       AKAK106581111  F-89238 (GS-6703)
     Secs. 15 to 19, inclusive.

Containing approximately 8,284 acres.

T. 26 N., R. 12 W.,       AKAK106506214  F-85372 (GS-5166)
     Secs. 1 to 36, inclusive;       AKAK106581111  F-89238 (GS-6703)

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described below, subject to conformance to survey:

Mining claim recordations AK106592061 (F-90788) and AK106592062 (F-90789).

Containing approximately 22,487 acres.

Tentative Approval No. __2026 - 0002__

Page 14 of 77

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 14 of 77

**Exhibit 2**

**Page 14 of 77**

|  |  |
|---|---|
| T. 27 N., R. 12 W., | AKAK106506211 (F-85368) (GS-5169) |
| Secs. 1 to 36, inclusive; | AKAK106581112 (F-89239) (GS-6705) |

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described below, subject to conformance to survey:

Mining claim recordations AK106587548 (F-63364), AK106587549 (F-63365), and AK106587550 (F-63366).

Containing approximately 22,715 acres.

T. 29 N., R. 12 W.,             AKAK106506205  F-85362 (GS-5175)
Secs. 1 to 5, inclusive;
Sec. 6, excluding Gates of the Arctic National Park;
Secs. 7 to 22, inclusive;
Sec. 23, excluding Lots 1 and 2 of U.S. Survey No. 13176;
Sec. 24, those lands formerly within mining claim recordations AK106472696 (F-57165) and AK106472697 (F-57166), excluded from the tentative approval dated August 19, 1992, excluding Lot 1, U.S. Survey No. 13176, Alaska;
Sec. 25, S1/2 and those lands formerly within mining claim recordations AK106472696 (F-57165) and AK106472697 (F-57166) excluded from the tentative approval dated August 19, 1992;
Sec. 26, excluding Lot 2 of U. S. Survey No. 13176;
Secs. 27 to 36, inclusive;

excluding from the lands tentatively approved herein, those lands previously conveyed by tentative approval 1992-0061, dated August 19, 1992, and tentative approval 2009-0095, dated June 17, 2009;

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described below, subject to conformance to survey:

Mining claim recordations AK106534674 (F-52550), AK106534675 (F-52551), AK106534676 (F-52552), AK106534678 (F-52554), AK106534680 (F-52555), AK106534682 (F-52556), AK106534683 (F-52557), AK106534684 (F-52558), AK106534685 (F-52559), AK106534686 (F-52560), AK106534690 (F-52564),

Tentative Approval No. **2026 - 0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 15 of 77

**Exhibit 2
Page 15 of 77**

AK106534691 (F-52565), AK106658130 (F-57332), AK106658131 (F-57333),
AK106658132 (F-57334), AK106587560 (F-63376), AK106587561 (F-63377),
AK106635305 (F-73475), AK106635306 (F-73476), AK106635319 (F-73489),
AK106635320 (F-73490), AK106539099 (F-88513), AK106539100 (F-88514),
AK106539101 (F-88515), AK106580568 (F-93154), AK106580569 (F-93155),
AK106580570 (F-93156), AK106580571 (F-93157), AK106580572 (F-93158),
AK106580573 (F-93159), AK106580574 (F-93160), AK106580575 (F-93161),
AK106580576 (F-93162), AK106580577 (F-93163), AK106580578 (F-93164),
AK106580579 (F-93165), AK106532035 (F-93798), AK106532036 (F-93799),
AK106660922 (F-95604), AK106660923 (F-95605), AK106539306 (F-95935),
AK106539307 (F-95936), and AK106792102.

Containing approximately 18,691 acres.


T. 30 N., R. 12 W.,                    AKAK106506202  F-85359 (GS-5178)
   Sec. 4;
   Secs. 5 and 8, excluding Gates of the Arctic National Park;
   Sec. 9;
   Secs. 16, 17 and 20, excluding Gates of the Arctic National Park;
   Secs. 21 and 28;
   Secs. 29, 31, and 32, excluding Gates of the Arctic National Park;
   Sec. 33.

Containing approximately 6,616 acres.


T. 31 N., R. 12 W.,                    AKAK106506199  F-85356 (GS-5181)
   Sec. 2; excluding Gates of the Arctic National Park;
   Secs. 9 to 12, inclusive, excluding Gates of the Arctic National Park;
   Secs. 13, 14, and 15;
   Secs. 16, 17, and 20, excluding Gates of the Arctic National Park;
   Secs. 21 to 28, inclusive;
   Secs. 29 and 32, excluding Gates of the Arctic National Park;
   Secs. 33 to 36, inclusive;

excluding from the lands tentatively approved herein, the following interests of record,
which are presently shown in the lands described below, subject to conformance to
survey:

Mining claim recordations AK106584295 (F-42433), AK106584297 (F-42434),
AK106584300 (F-42437), AK106584302 (F-42438), AK106584304 (F-42439),

Tentative Approval No. **2026 - 0002** _____

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 16 of 77

Exhibit 2
Page 16 of 77

AK106584305 (F-42440), AK106584308 (F-42442), AK106595534 (F-53944),
AK106595536 (F-53945), AK106595537 (F-53946), AK106592594 (F-58595),
AK106653158 (F-62022), AK106653162 (F-62026), AK106653164 (F-62028),
AK106653166 (F-62029), AK106505429 (F-69558), AK106505430 (F-69559),
AK106505431 (F-69560), AK106505432 (F-69561), AK106505433 (F-69562),
AK106505435 (F-69563), AK106505436 (F-69564), AK106505442 (F-69570),
AK106594682 (F-72186), AK106579085 (F-73165), AK106473753 (F-81233),
AK106592010 (F-90727), AK106592089 (F-90820), AK106592090 (F-90821),
AK106595897 (F-90828), AK106595957 (F-90888), AK106595968 (F-90899),
AK106596008 (F-90939), AK106596009 (F-90940), AK106630787 (F-91165),
AK106630816 (F-91194), AK106630819 (F-91197), AK106575863 (F-92686),
AK106575865 (F-92688), AK106578419 (F-92943), AK106578531 (F-93114),
AK106578532 (F-93115), AK106532164 (F-94008), AK106532167 (F-94011),
AK106532168 (F-94012), AK106532170 (F-94014), AK106532171 (F-94015),
AK106532172 (F-94016), AK106621106 (F-94657), AK106621107 (F-94658),
AK106621108 (F-94659), AK106628125 (F-94686), AK106628126 (F-94687),
AK106628127 (F-94688), AK106628128 (F-94689), AK106628129 (F-94690),
AK106628130 (F-94691), AK106628131 (F-94692), AK106660852 (F-95441),
AK106660853 (F-95442), AK106581709 (F-96847), AK106581723 (F-96875),
AK106586397 (F-97056), AK106586400 (F-97059), AK106586401 (F-97060),
AK106586402 (F-97061), AK106586403 (F-97062), AK106586404 (F-97063),
AK106586416 (F-97087), AK106586438 (F-97152), AK106586439 (F-97153),
AK106586449 (F-97177), AK106586450 (F-97178), AK106586481 (F-97227),
AK106592153 (F-97519), AK106592173 (F-97557), AK106592174 (F-97558),
AK106592188 (F-97590), AK106592189 (F-97591), AK106592195 (F-97609),
AK106592211 (F-97633), AK106592213 (F-97640), AK106592214 (F-97641),
AK106592215 (F-97642), AK106600215 (F-98196), AK106600227 (F-98211),
AK106600228 (F-98212), AK106600229 (F-98213), AK106600230 (F-98214),
AK106600231 (F-98215), AK106600237 (F-98221), AK106698119, AK106792120,
AK106792121, and AK106792122.

Containing approximately 10,340 acres.


      T. 14 N., R. 13 W.,            AKAK106637390  F-44216 (GS-3833)
         Secs. 1 to 4, inclusive;
         Secs. 9 to 16, inclusive.

Containing 7,680 acres.


Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 17 of 77

**Exhibit 2**

**Page 17 of 77**

| | |
|---|---|
| T. 15 N., R. 13 W.,<br>Secs. 1 to 4, inclusive;<br>Secs. 9 to 16, inclusive;<br>Secs. 21 to 28, inclusive;<br>Secs. 33 to 36, inclusive. | AKAK106637393  F-44219 (GS-3836) |

Containing approximately 15,360 acres.

| | |
|---|---|
| T. 16 N., R. 13 W.,<br>Tract A. | AKAK106637396  F-44222 (GS-3839) |

Containing 22,767.36 acres.

| | |
|---|---|
| T. 17 N., R. 13 W.,<br>Tract A. | AKAK106637399  F-44225 (GS-3842) |

Containing 23,000.52 acres.

| | |
|---|---|
| T. 18 N., R. 13 W.,<br>Secs. 4 to 9, inclusive;<br>Secs. 14 to 36, inclusive. | AKAK106637402  F-44228 (GS-3845) |

Containing approximately 18,441 acres.

| | |
|---|---|
| T. 19 N., R. 13 W.,<br>Secs. 30 and 31. | AKAK106581099  F-89226 (GS-6688) |

Containing approximately 1,223 acres.

| | |
|---|---|
| T. 24 N., R. 13 W.,<br>Secs. 4 to 9, inclusive;<br>Secs. 17 to 20, inclusive;<br>Sec. 30. | AKAK106506222  F-85380 (GS-5158) |

Containing approximately 6,799 acres.

| | |
|---|---|
| T. 25 N., R. 13 W.,<br>Secs. 1 to 35, inclusive; | AKAK106506217  F-85375 (GS-5163) |

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described below, subject to conformance to survey:

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 18 of 77

**Exhibit 2**

**Page 18 of 77**

Mining claim recordations AK106532048 (F-93811), AK106532157 (F-94001), AK106532158 (F-94002), AK106532159 (F-94003), AK106655050 (F-95299), AK106655051 (F-95300), AK106655052 (F-95301), AK106655053 (F-95302), AK106539245 (F-95855), AK106539247 (F-95857), AK106539313 (F-95943), AK106539314 (F-95944), AK106539315 (F-95945), AK106539316 (F-95946), AK106539352 (F-95987), AK106539353 (F-95988), AK106539354 (F-95989), AK106539355 (F-95990), AK106539356 (F-95991), AK106539357 (F-95992), AK106600208 (F-98189), AK106600209 (F-98190), AK106783809, AK106783810, AK106783811, AK106783812, and AK106783813.

Containing approximately 20,060 acres.

| | |
|---|---|
| T. 26 N., R. 13 W., | AKAK106506213  F-85371 (GS-5167) |
| Secs. 1 to 36, inclusive; | |

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Closed mining claim recordations AK106577685 (F-38685), AK106631861 (F-38752), AK106631863 (F-38754), and AK106592182 (F-97579);

Mining claim recordations AK106641992 (F-92014), AK106641993 (F-92015), AK106641994 (F-92016), AK106641995 (F-92017), AK106641996 (F-92018), AK106641997 (F-92019), AK106596545 (F-97882), AK106596546 (F-97883), AK106596547 (F-97884), AK106596548 (F-97885), AK106596549 (F-97886), AK106596550 (F-97887), AK106596551 (F-97888), AK106596552 (F-97889), and AK106596553 (F-97890).

Containing approximately 21,930 acres.

| | |
|---|---|
| T. 27 N., R. 13 W., | AKAK106506210  F-85367 (GS-5170) |
| Secs. 1 to 16, inclusive; | |
| Sec. 17 and 20, excluding Gates of the Arctic National Park; | |
| Secs. 21 to 36, inclusive; | |

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 19 of 77

**Exhibit 2**

**Page 19 of 77**

Mining claim recordations AK106528685 (F-56124), AK106528686 (F-56125), AK106528696 (F-56135), AK106528698 (F-56137), AK106587548 (F-63364), AK106587549 (F-63365), AK106587550 (F-63366), AK106587551 (F-63367), AK106587552 (F-63368), AK106587553 (F-63369), AK106587554 (F-63370), AK106587555 (F-63371), AK106587556 (F-63372), AK106587557 (F-63373), AK106587558 (F-63374), AK106587559 (F-63375), AK106587566 (F-63380), AK106587568 (F-63381), AK106587569 (F-63382), AK106587570 (F-63383), AK106587572 (F-63384), AK106587573 (F-63385), AK106587575 (F-63386), AK106587576 (F-63387), AK106522995 (F-67572), AK106592099 (F-97356), AK106592100 (F-97357), and AK106592101 (F-97358).

Containing approximately 20,280 acres.

<table>
<tr><td>T. 28 N., R. 13 W.,</td><td>AKAK106506207  F-85364 (GS-5173)</td></tr>
</table>

Secs. 1 and 2;
Secs. 3, 4, and 5, excluding Gates of the Arctic National Park;
Secs. 7 and 8, excluding Gates of the Arctic National Park;
Secs. 9 to 17, inclusive;
Sec. 18, excluding Gates of the Arctic National Park;
Secs. 19 to 36, inclusive;

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106528686 (F-56125), AK106587547 (F-63363), AK106587548 (F-63364), AK106587549 (F-63365), AK106587577 (F-63388), AK106587579 (F-63389), AK106587580 (F-63390), AK106587582 (F-63391), AK106587584 (F-63392), and AK106587585 (F-63393).

Containing approximately 20,040 acres.

<table>
<tr><td>T. 16 N., R. 14 W.,</td><td>AKAK106581097  F-89224 (GS-6685)</td></tr>
</table>

Sec. 1.

Containing approximately 640 acres.

<table>
<tr><td>T. 17 N., R. 14 W.,</td><td>AKAK106506188  F-85345 (GS-5145)</td></tr>
<tr><td></td><td>AKAK106581097  F-89224 (GS-6685)</td></tr>
</table>

Secs. 1 to 4, inclusive;
Secs. 10 to 15, inclusive;
Secs. 22 to 27, inclusive;
Secs. 35 and 36;

**2026-0002**

Tentative Approval No. _____

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 20 of 77

**Exhibit 2**

**Page 20 of 77**

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106586526 (F-97294) and AK106586527 (F-97295).

Containing approximately 11,480 acres.

| T. 18 N., R. 14 W., | AKAK106506187  F-85344 (GS-5146) |
| Secs. 1 to 30, inclusive; | AKAK106480676  F-88939 (GS-6198) |
| Secs. 32 to 36, inclusive; | |

excluding from the lands tentatively approved herein, the following patented lands which are described as Lots 1, 3, 5, and 7, U.S. Survey No. 6892, Alaska.

Containing approximately 22,256 acres.

| T. 19 N., R. 14 W., | AKAK106506186  F-85343 (GS-5147) |
| Secs. 6, 7, and 8; | AKAK106581100  F-89227 (GS-6689) |
| Secs. 15 to 36, inclusive. | |

Containing approximately 15,753 acres.

| T. 21 N., R. 14 W., | AKAK106506230  F-85390 (GS-5150) |
| Secs. 3 to 10, inclusive; | AKAK106480678  F-88941 (GS-6200) |
| Secs. 15 to 22, inclusive; | |
| Secs. 27 to 34. | |

Containing approximately 15,319 acres.

| T. 22 N., R. 14 W., | AKAK106506228  F-85387 (GS-5152) |
| Secs. 1 to 10 inclusive; | AKAK106581106  F-89233 (GS-6698) |
| Secs. 15 to 22, inclusive; | |
| Secs. 27 to 34, inclusive. | |

Containing approximately 16,519 acres.

T. 23 N., R. 14 W.,          AKAK106506225  F-85383 (GS-5155)
  Secs. 1, 2, and 3;
  Secs. 10 to 15, inclusive;
  Secs. 22 to 25, inclusive;
  Secs. 26, 27, 34, and 35, excluding Mineral Survey No. 2425, Alaska;
  Sec. 36;

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 21 of 77

**Exhibit 2
Page 21 of 77**

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106522322 (F-91797), AK106522325 (F-91802), AK106522326 (F-91803), AK106578361 (F-92875), AK106532208 (F-94053), AK106532209 (F-94054), AK106621039 (F-94580), AK106621040 (F-94581), AK106621041 (F-94582), AK106621042 (F-94583), AK106621043 (F-94584), AK106621044 (F-94585), AK106621045 (F-94586), AK106621046 (F-94587), AK106621047 (F-94588), AK106621048 (F-94589), AK106621049 (F-94590), AK106621050 (F-94591), AK106660925 (F-95609), AK106660926 (F-95610), AK106480559 (F-96491), AK106596554 (F-97893), AK106596555 (F-97894), AK106596558 (F-97899), AK106600206 (F-98187) and AK106600207 (F-98188).

Containing approximately 10,328 acres.

| | |
|---|---|
| T. 24 N., R. 14 W., | AKAK106506221  F-85379 (GS-5159) |
| Secs. 1 to 18, inclusive; | |
| Secs. 22 to 27, inclusive; | |
| Secs. 33 to 36, inclusive. | |

Containing approximately 17,769 acres.

| | |
|---|---|
| T. 25 N., R. 14 W., | AKAK106506216  F-85374 (GS-5164) |
| Secs. 1 to 36, inclusive; | |

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106539329 (F-95959), AK106539330 (F-95960), AK106539331 (F-95961), AK106539332 (F-95962), AK106539333 (F-95963), AK106539334 (F-95964), AK106539335 (F-95965), AK106539348 (F-95983), AK106539349 (F-95984), AK106586392 (F-97048), AK106586393 (F-97049), AK106586460 (F-97192), AK106586461 (F-97193), and AK106586462 (F-97194).

Containing approximately 22,100 acres.

| | |
|---|---|
| T. 26 N., R. 14 W., | AKAK106506212  F-85370 (GS-5168) |
| Sec. 1, excluding Gates of the Arctic National Park; | |
| Secs. 12 to 16, inclusive, excluding Gates of the Arctic National Park; | |
| Secs. 20 and 21, excluding Gates of the Arctic National Park; | |
| Secs. 22 to 28, inclusive; | |

Tentative Approval No. **2026-0002**_____

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 22 of 77

**Exhibit 2**
**Page 22 of 77**

Secs. 29 and 30, excluding Gates of the Arctic National Park;
Secs. 31 to 36, inclusive;

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Closed mining claims AK106577685 (F-38685), AK106631863 (F-38754), AK106631865 (F-38755), AK106592182 (F-97579), and AK106592183 (F-97580).

Containing approximately 12,217 acres.

> T. 27 N., R. 14 W.,                    AKAK106506209  F-85366 (GS-5171)
> Sec. 1;
> Sec. 2, excluding Gates of the Arctic National Park;
> Secs. 11 to 14, inclusive, excluding Gates of the Arctic National Park;
> Secs. 25 and 36, excluding Gates of the Arctic National Park.

Containing approximately 1,809 acres.

> T. 18 N., R. 15 W.,                    AKAK106480676  F-88939 (GS-6198)
> Secs. 1 and 2;
> Secs. 11, 12, and 13.

Containing approximately 3,200 acres.

> T. 19 N., R. 15 W.,                    AKAK106506185  F-85342 (GS-5148)
> Secs. 1 to 6, inclusive;                AKAK106581101  F-89228 (GS-6690)
> Secs. 8 to 16, inclusive;
> Secs. 21 to 27, inclusive;
> Secs. 34, 35, and 36.

Containing approximately 15,962 acres.

> T. 20 N., R. 15 W.,                    AKAK106506231  F-85391 (GS-5149)
> Secs. 1 to 15, inclusive.
> Secs. 16 and 17, excluding AKAK106205607 (F-87015);
> Secs. 18 to 36, inclusive.

Containing approximately 22,663 acres.

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 23 of 77

**Exhibit 2**
**Page 23 of 77**

| | |
|---|---|
| T. 21 N., R. 15 W., | AKAK106506229 F-85389 (GS-5151) |
| Secs. 1 to 36, inclusive. | AKAK106581103 F-89230 (GS-6694) |

Containing approximately 23,000 acres.

| | |
|---|---|
| T. 22 N., R. 15 W., | AKAK106506227 F-85386 (GS-5153) |
| Secs. 1 and 2; | |
| Secs. 11 to 14, inclusive; | |
| Secs. 23 to 26, inclusive; | |
| Secs. 35 and 36. | |

Containing approximately 7,680 acres.

| | |
|---|---|
| T. 23 N., R. 15 W., | AKAK106506224 F-85382 (GS-5156) |
| Sec. 1; | |
| Secs. 12 and 13; | |
| Sec. 17; | |
| Secs. 19, 20, and 21; | |
| Secs. 28 to 32, inclusive. | |

Containing approximately 7,590 acres.

| | |
|---|---|
| T. 24 N., R. 15 W., | AKAK106506220 F-85378 (GS-5160) |
| Secs. 1 to 18, inclusive; | |

excluding from the lands tentatively approved herein, the following interests of record, which are presently shown in the lands described above, subject to conformance of survey:

Mining claim recordations AK106480553 (F-96483) and AK106480554 (F-96484).

Containing approximately 11,329 acres.

| | |
|---|---|
| T. 25 N., R. 15 W., | AKAK106506215 F-85373 (GS-5165) |
| Secs. 1 to 36, inclusive. | |

Containing approximately 23,000 acres.

| | |
|---|---|
| T. 20 N., R. 16 W., | AKAK106480677 F-88940 (GS-6199) |
| Secs. 1 to 14, inclusive; | |
| Sec. 24. | |

Containing approximately 9,499 acres.

Tentative Approval No. **2026-0002** _____

**Exhibit 2**
**Page 24 of 77**

T. 21 N., R. 16 W.,          AKAK106581104  F-89231 (GS-6695)
Secs. 12, 13, and 14;
Secs. 22 to 28, inclusive;
Secs. 32 to 36, inclusive.

Containing approximately 9,600 acres.

T. 23 N., R. 16 W.,          AKAK106506223  F-85381 (GS-5157)
Secs. 5 to 9, inclusive;
Secs. 15, 16, and 17;
Secs. 21, 22, and 23;
Secs. 25, 26, and 27;
Sec. 36;

excluding from the lands tentatively approved herein, the following patented lands which are described as U.S. Survey No. 6313, Alaska.

Containing approximately 9,459 acres.

T. 24 N., R. 16 W.,          AKAK106506219  F-85377 (GS-5161)
Secs. 1 to 18, inclusive.

Containing approximately 11,329 acres.

Umiat Meridian, Alaska

T. 16 S., R. 10 E.,          AKAK106581131  F-89258 (GS-6728)
Secs. 24, 25, and 26;
Secs. 27, 33, and 34, excluding Gates of the Arctic National Park;
Secs. 35 and 36.

Containing approximately 3,883 acres.

T. 17 S., R. 10 E.,          AKAK106581131  F-89258 (GS-6728)
Secs. 1, 2, and 3;
Sec. 4, excluding Gates of the Arctic National Park.

Containing approximately 982 acres.

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 25 of 77

**Exhibit 2**
**Page 25 of 77**

T. 9 S., R. 11 E.,                    AKAK106581113  F-89240 (GS-6709)
   Secs. 1 to 18, inclusive;
   Sec. 22, those portions lying south and east of the westerly boundary of
   the Dalton Highway right-of-way;
   Secs. 23 to 26, inclusive;
   Secs. 27, 28, and 33, those portions lying south and east of the westerly
   boundary of the Dalton Highway right-of-way;
   Secs. 34, 35, and 36.

Containing approximately 16,500 acres.

T. 10 S., R. 11 E.,                   AKAK106581117  F-89244 (GS-6713)
   Secs. 1 to 36, inclusive.

Containing approximately 22,386 acres.

T. 11 S., R. 11 E.,                   AKAK106581121  F-89248 (GS-6717)
   Secs. 1 to 12, inclusive;
   Secs. 13, 14, and 15, excluding AKAK106169303 (F-91427);
   Secs. 16 to 21, inclusive;
   Sec. 22, excluding AKAK106169303 (F-91427);
   Sec. 23, excluding AKAK106169303 (F-91427), AKAK106171695 (F-91583), and AKAK106166915 (F-94544);
   Secs. 24 and 25;
   Sec. 26, excluding AKAK106169303 (F-91427);
   Secs. 27 to 34, inclusive;
   Sec. 35, excluding AKAK106169303 (F-91427);
   Sec. 36.

Containing approximately 22,151 acres.

T. 12 S., R. 11 E.,                   AKAK106581123  F-89250 (GS-6719)
   Secs. 1 and 2;
   Sec. 12.

Containing approximately 1,885 acres.

T. 13 S., R. 11 E.,                   AKAK106581125  F-89252 (GS-6721)
   Sec. 1;
   Secs. 12 and 13;
   Sec. 25;
   Secs. 35 and 36.

Tentative Approval No. 2026-0002

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 26 of 77

Exhibit 2
Page 26 of 77

Containing approximately 3,840 acres.

|  |  |
|---|---|
| T. 14 S., R. 11 E., | AKAK106581127  F-89254 (GS-6724) |
| Secs. 1, 2, and 3; | |
| Secs. 10 to 13, inclusive; | |
| Secs. 24 and 25; | |
| Sec. 36. | |

Containing approximately 6,400 acres.

|  |  |
|---|---|
| T. 15 S., R. 11 E., | AKAK106640457  F-44610 (GS-4227) |
| Secs. 1 and 2; | AKAK106581129  F-89256 (GS-6726) |
| Secs. 11 to 14, inclusive; | |
| Secs. 22 to 28, inclusive; | |
| Secs. 33 to 36, inclusive. | |

Containing approximately 10,880 acres.

|  |  |
|---|---|
| T. 16 S., R. 11 E., | AKAK106640462  F-44615 (GS-4232) |
| Secs. 1 to 36, inclusive. | |

Containing approximately 22,997 acres.

|  |  |
|---|---|
| T. 17 S., R. 11 E., | AKAK106640462  F-44615 (GS-4232) |
| Secs. 1 to 6, inclusive. | |

Containing approximately 1,746 acres.

|  |  |
|---|---|
| T. 9 S., R. 12 E., | AKAK106581114  F-89241 (GS-6710) |
| Secs. 1 to 36, inclusive. | |

Containing approximately 22,728 acres.

|  |  |
|---|---|
| T. 10 S., R. 12 E., | AKAK106581118  F-89245 (GS-6714) |
| Secs. 1 to 36, inclusive. | |

Containing approximately 22,631 acres.

|  |  |
|---|---|
| T. 11 S., R. 12 E., | AKAK106581122  F-89249 (GS-6718) |
| Secs. 2 to 11, inclusive; | |
| Sec. 17, excluding Arctic National Wildlife Refuge; | |

Tentative Approval No. __2026 - 0002__

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 27 of 77

**Exhibit 2**
**Page 27 of 77**

Secs. 18 and 19;
Secs. 29 to 32, inclusive.

Containing approximately 9,893 acres.

T. 12 S., R. 12 E.,          AKAK106581124  F-89251 (GS-6720)
Secs. 3 to 10, inclusive;
Secs. 15 to 22, inclusive;
Secs. 27 to 34, inclusive.

Containing approximately 14,817 acres.

T. 13 S., R. 12 E.,          AKAK106581126  F-89253 (GS-6722)
Secs. 1 to 36, inclusive.

Containing approximately 22,737 acres.

T. 14 S., R. 12 E.,          AKAK106581128  F-89255 (GS-6725)
Secs. 3 to 10, inclusive;
Secs. 15 to 22, inclusive;
Secs. 27 to 34, inclusive.

Containing approximately 15,144 acres.

T. 15 S., R. 12 E.,          AKAK106640458  F-44611 (GS-4228)
Secs. 1 to 36, inclusive.       AKAK106581130  F-89257 (GS-6727)

Containing approximately 22,910 acres.

T. 9 S., R. 13 E.,          AKAK106581115  F-89242 (GS-6711)
Secs. 1 to 36, inclusive.

Containing approximately 22,553 acres.

T. 10 S., R. 13 E.,          AKAK106581119  F-89246 (GS-6715)
Secs. 1 to 36, inclusive.

Containing approximately 22,471 acres.

Tentative Approval No. 2026-0002 _____

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 28 of 77

**Exhibit 2**
**Page 28 of 77**

T. 9 S., R. 14 E.,                    AKAK106581116  F-89243 (GS-6712)
    Secs. 1 to 36, inclusive.

Containing approximately 22,713 acres.

T. 10 S., R. 14 E.,                   AKAK106581120  F-89247 (GS-6716)
    Secs. 1 to 36, inclusive.

Containing approximately 22,821 acres.

Aggregating approximately 1,293,770 acres

Aggregating a total of approximately 1,378,476 acres.


## EXCEPTING AND RESERVING TO THE UNITED STATES:

1. A right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890, 26 Stat. 391, 43 U.S.C. 945 (1994); and

2. As to the below described interests, and all appurtenances thereto, constructed by the United States over, upon, under, or through the lands herein described and the right of the United States, its agents, or assigns, to locate, construct, use, control, maintain, improve, relocate, and repair the same so long as needed or used for or by the United States. Act of October 21, 1976, 43 U.S.C. 1701 (1994) et seq.

    a. AKAK106168317 / AKFF 091325, a right-of-way to locate, construct, and maintain snow telemetry (SNOTEL) sites, issued to Bureau of Land Management, U. S. Department of the Interior, under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976, 90 Stat. 2781, 43 U.S.C. 1767.

    Fairbanks Meridian, Alaska
        T. 13 N., R. 11 W., Sec. 22;
        T. 16 N., R. 13 W., Sec. 14;
        T. 22 N., R. 14 W., Secs. 7 and 31;
        T. 28 N., R. 12 W., Sec. 15;
        T. 33 N., R. 10 W., Sec. 12;
        T. 36 N., R. 10 W., Sec, 2.

    Umiat Meridian, Alaska

Tentative Approval No. **2026-0002**

**Exhibit 2**
**Page 29 of 77**

T. 15 S., R. 11 E., Sec. 24;
T. 16 S., R. 11 E., Sec. 9.

b.  AKAK106718110, a right-of-way grant to the U.S. Army Corps of Engineers (USACE), Cold Regions Research and Engineering Laboratory, to conduct large-scale snow surveys, within three zones near Toolik Lake, Galbraith Lake, and Chandalar Shelf, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 9 S., R. 11 E., Secs. 1, 2, 3, 4, 9, 10, 11, 12, 13, 14, 15, 16, 22, 23, 24, 27, and 28;
T. 11 S., R. 11 E., Secs. 3, 4, 8, 9, 10, 15, 16, 17, 20, 21, 22, 28, and 29;
T. 16 S., R. 11 E., Secs. 9, 10, 14, 15, 16, 20, 21, 22, 23, 25, 26, 27, 28, 29, 34, 35, and 36;
T. 17 S., R. 11 E., Secs. 1 and 2.

Fairbanks Meridian, Alaska
T. 36 N., R. 9 W., Sec. 1;
T. 37 N., R. 9 W., Sec. 25 and 26.

c.  AKAK106171492 / AKFF 086806, a right-of-way issued to the U. S. Geological Survey to operate, maintain, and terminate water gaging stations, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 12 N., R. 10 W., Sec. 7;
T. 25 N., R. 12 W., Sec. 6.

Umiat Meridian, Alaska
T. 11 S., R. 12 E., Sec. 32;
T. 12 S., R. 12 E., Sec. 28.

d.  AKAK106303796, a right-of-way grant to Cold Regions Research and Engineering Laboratory, to operate, maintain, and terminate six soil monitoring sites near Dalton Highway mileposts 145, 224, and 291, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 35 N., R. 10 W., Sec. 4;

Tentative Approval No. **2026-0002**

T. 24 N., R. 14 W., Sec. 23.

Umiat Meridian, Alaska
T. 9 S., R. 12 E., Sec. 34;
T. 10 S., R. 12 E., Sec. 4.

e.  AKAK106783555, a right-of-way grant issued to the U.S. Army, Special Operations Command North, for a right to train and access via snowmachine lands in the vicinity of Coldfoot and Chandalar Lake, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 28 N., R. 11 W., Secs. 20, 21, 23, 24, 26, 27, and 28;
T. 27 N., R. 12 W., Sec. 6;
T. 28 N., R. 12 W., Secs. 23, 24, 29, 30, and 31;
T. 25 N., R. 13 W., Secs. 1, 6, 7, 12, 13, 23, 24, 26, 27, 33, and 34;
T. 26 N., R. 13 W., Secs. 2, 11, 14, 23, 25, 26, and 36;
T. 27 N., R. 13 W., Secs. 1, 11, 12, 14, 23, 26, and 35;
T. 23 N., R. 14 W., Sec. 3, 4, 8, 9, 17, and 18;
T. 24 N., R. 14 W., Secs. 5, 7, 8, 13, 18, 23, 24, 26, 27, and 34.

f.  AKAK106357904, a right-of-way grant to U.S. Department of Agriculture, Natural Resource Conservation Service, to operate, maintain, and terminate snow telemetry (SNOTEL) sites, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 22 N., R. 14 W., Sec. 7.

Umiat Meridian, Alaska
T. 15 S., R. 11 E., Sec. 24;
T. 16 S., R. 11 E., Sec 9;
T. 9 S., R. 12 E., Sec. 34;
T. 15 S., R. 12 E., Sec. 6.

g.  AKAK106174330 / AKFF 096702, a right-of-way for construction, operation, and maintenance of four interpretive panels issued to U.S. Fish and Wildlife Service, under the provisions of Title V of the Federal

Tentative Approval No. **2026 - 0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 31 of 77

Exhibit 2
Page 31 of 77

Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
        T. 19 N., R. 14 W., Sec. 30;
        T. 23 N., R. 15 W., Sec. 26.

h.  AKAK106169232 / AKFF 085069, a communications use lease, for a radio site communication facility and helicopter landing area, to construct, and maintain, issued to Bureau of Land Management, Alaska Fire Service, under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2743; 43 U.S.C. 1701, 43 CFR 2800).

Fairbanks Meridian, Alaska
        T. 24 N., R. 16 W., Sec. 8.

i.  AKAK106233697 / AKFF 096933, A right-of-way to the National Oceanic and Atmospheric Administration to locate, construct, use, control, maintain, improve and repair a 60' x 60' meteorological monitoring site including three structures of which improvements are authorized, in accordance with Section 507 of the Federal Land Policy and Management Act of 1976 (90 Stat. 2781, 43 U.S.C. 1767).

Umiat Meridian, Alaska
        T. 9 S., R. 12 E., Sec. 19.

THE GRANT OF THE ABOVE-DESCRIBED LANDS IS SUBJECT TO:

1. Existing rights as defined by Section 906(l) of the Alaska National Interest Lands Conservation Act.

2. Those rights for pipeline purposes and related facilities more specifically identified as follows:

a. Those rights for pipeline purposes and related facilities serialized as AKAK105855129 / AKFF 012505 granted to Amerada Hess Corporation, BP Pipelines (Alaska) Inc., ExxonMobil Pipeline Company, Phillips Transportation Alaska, Inc., Unocal Pipeline Company, and Williams Alaska Pipeline Company, L.L.C., granted by the Renewal of the Agreement and Grant of Right-of-Way for the Trans-Alaska Pipeline and Related Facilities dated January 8, 2003 under the provisions of the Trans-

Tentative Approval No. __2026-0002__

**Exhibit 2**

**Page 32 of 77**

Alaska Pipeline Authorization Act of 1973 (43 U.S.C. 1651) and section 28 of the Mineral Leasing Act as amended (30 U.S.C. 185). Legal Land Description can be found at Exhibit A-Part I and Exhibit A-Part II, including pending amendment applications on file subject to acceptance of offer and payment of fees.

b. AKAK106367872, right-of-way for a storage yard within Operation and Material Site (OMS) No. 106-1.1, as amended, for the Trans Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision the Trans-Alaska Pipeline Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq).

Fairbanks Meridian, Alaska
T. 35 N., R. 10 W., Sec. 16.

c. AKAK106596538 / AKFF 097875, mineral material contract for Gold Creek OMS No. 102-1, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Secs. 17 and 18.

d. AKAK106169716 / AKFF 094973, right-of-way for Oil Spill Containment Sites granted to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provisions of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584 (November 16, 1973)).

Fairbanks Meridian, Alaska
T. 33 N., R. 10 W., Secs. 14, 26, and 35;
T. 34 N., R. 10 W., Sec. 26;
T. 35 N., R. 10 W., Sec. 9;
T. 36 N., R. 10 W., Sec. 21;
T. 37 N., R. 10 W., Sec. 25.

Umiat Meridian, Alaska
T. 16 S., R. 11 E., Secs. 16 and 26.

e. AKAK106233594 / AKFF 097527, right-of-way for ground water monitoring wells at Dietrich Camp, as amended, for the Trans-Alaska

Tentative Approval No. **2026 - 0002**

Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of Sec. 28 of the Mineral Leasing Act of 1920 (41 Stat. 449, as amended, 30 U.S.C. 185 (1994) et seq.) and the Trans-Alaska Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 33 N., R. 10 W., Sec. 14.

f. AKAK106233756 / AKFF 097807, right-of-way for aufeis mitigation for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the Trans-Alaska Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 34 N., R. 10 W., Sec. 22.

g. AKAK106758198, mineral material contract for Marble Pit OMS No. 106-1.1, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 35 N., R. 10 W., Sec.16.

h. AKAK106758201, mineral material contract for Marble Pit OMS No. 106-1.1, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies Through Alyeska Pipeline Service Company, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 35 N., R. 10 W., Sec.16.

i. AKAK106169317 / AKFF 095656, right-of-way for storage yard and burn pit within OMS No. 106-1 to the TAPS Owner Companies, through Alyeska Pipeline Service Company, under the provisions of the Trans-Alaska Pipeline Authorization Act of November 16, 1973 (87 Stat. 584,

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 34 of 77

**Exhibit 2**
**Page 34 of 77**

43 U.S.C. 1651 (1994) et seq.)

Fairbanks Meridian, Alaska
T. 35 N., R. 10 W., Sec. 28.

j. AKAK106596539 / AKFF 097876, mineral material contract for the Steep
   Creek OMS No. 106-1, as amended, for the Trans-Alaska Pipeline System,
   issued to Alyeska Pipeline Service Company, agent for the TAPS Owner
   Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as
   amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and
   payment of fees.

Fairbanks Meridian, Alaska
T. 35 N., R. 10 W., Secs. 28 and 29.

k. AKAK106788192, Temporary Use Permit (TUP) to construct, maintain, and
   terminate a right-of-way for Debris Lobe Research granted to the TAPS
   Owner Companies through Alyeska Pipeline Service Company under the
   provisions of the Trans-Alaska Pipeline Authorization Act (43 U.S.C. 1651).

Fairbanks Meridian, Alaska
T. 35 N., R. 10 W., Sec. 33.

l. AKAK106169313 / AKFF 095652, right-of-way for maintenance and
   operation of a shooting range within OMS No. 79-2, for the Trans-Alaska
   Pipeline System, issued to the TAPS Owner Companies, through Alyeska
   Pipeline Service Company, under the provision of the Trans-Alaska
   Pipeline Authorization Act, (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.)

Fairbanks Meridian, Alaska
T. 13 N., R. 11 W., Sec. 8.

m. AKAK106169718 / AKFF 095658, right-of-way for a storage yard and burn
   pit within OMS No. 79-2, for the TAPS Owner Companies through Alyeska
   Pipeline Service Company, under the provisions of the Trans-Alaska
   Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 13 N., R. 11 W., Sec. 8.

n. AKAK106756054, mineral material contract for Bonanza Creek Pit OMS
   No. 79-2, as amended, for the Trans-Alaska Pipeline System, issued to

Tentative Approval No. __2026-0002__

Alyeska Pipeline Service Company, agent for the TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 13 N., R. 11 W., Sec. 8.

o. AKAK106169312 / AKFF 095651, right-of-way for access road and water well pad, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies, through Alyeska Pipeline Service Company under the provisions of the Trans-Alaka Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.)

Fairbanks Meridian, Alaska
T. 13 N., R. 11 W., Sec. 26.

p. AKAK106170302 / AKFF 094974, right-of-way for Oil Spill Containment Sites granted to the TAPS Owner Companies, through Alyeska Pipeline Service Company under the provisions of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584 (November 16, 1973)).

Fairbanks Meridian, Alaska
T. 30 N., R. 11 W., Sec. 7;
T. 18 N., R. 12 W., Sec. 34;
T. 28 N., R. 12 W., Sec. 30;
T. 17 N., R. 13 W., Sec. 14;
T. 24 N., R. 13 W., Sec. 8;
T. 25 N., R. 13 W., Secs. 1, 2, 13, 27, and 34;
T. 26 N., R. 13 W., Secs. 7 and 13;
T. 27 N., R. 13 W., Secs. 23 and 28;
T. 19 N., R. 14 W., Secs. 29 and 30;
T. 23 N., R. 14 W., Secs. 9, 18, 19, and 31;
T. 24 N., R. 14 W., Secs. 23 and 26;
T. 25 N., R. 14 W., Sec. 21;
T. 20 N., R. 15 W., Secs. 8, 20, 21, 28, and 29;
T. 21 N., R. 15 W., Secs. 4 and 12;
T. 23 N., R. 15 W., Secs. 26 and 27.

q. AKAK106596537 / AKFF 097874, mineral material contract for Minnie Creek Pit OMS No. 100-1.2, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS

Tentative Approval No. **2026-0002**

Owner Company, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 30 N., R. 11 W., Secs. 19.

r. AKAK106367870, right-of-way for a storage yard within OMS No. 100-1.2 as amended, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies, through Alyeska Pipeline Service Company, under the provision of the Trans-Alaska Pipeline Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 30 N., R. 11 W., Sec. 20.

s. AKAK106367871, right-of-way for a storage yard within OMS No. 100-2.1, as amended, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company under the provisions of the Trans-Alaska Pipeline Act of 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 30 N., R. 11 W., Sec. 30.

t. AKAK106596502 / AKFF 097795, mineral material contract for Wiseman Quarry OMS No. 100-2.1, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 30 N., R. 11 W., Sec. 30.

u. AKAK106596503 / AKFF 097796, mineral material contract for Wiseman Quarry OMS No. 100-2.1, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and payment of fees.

Tentative Approval No. **2026 - 0002**

Fairbanks Meridian, Alaska
T. 30 N., R. 11 W., Sec. 30.

v. AKAK106233698 / AKFF 096934 to use access road 100-APL/AMS-a in support of ongoing maintenance and operations of TAPS, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company under the provisions of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584 (1973)).

Fairbanks Meridian, Alaska
T. 30 N., R. 11 W., Sec. 30;
T. 30 N., R. 12 W., Sec. 25.

w. AKAK106596527 / AKFF 097864, mineral material contract for 78 Mile Pit OMS No. 82-0, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 15 N., R. 12 W., Secs. 17 and 20.

x. AKAK106367865, right-of-way for a storage yard, as amended, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provisions of the Trans-Alaska Pipeline Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 15 N., R. 12 W., Sec. 20.

y. AKAK106233781 / AKFF 097839, right-of-way for a storage yard within OMS No. 98-0.2, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies, through Alyeska Pipeline Service Company, under the provision of Sec. 28 of the Mineral Leasing Act of 1920 (41 Stat. 449, as amended, 30 U.S.C. 185 (1994) et seq., as amended) and the Trans-Alaska Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 28 N., R. 12 W., Sec. 28.

Tentative Approval No. 2026-0002

**Exhibit 2**
**Page 38 of 77**

z. AKAK106596521 / AKFF 097857, mineral material contract for Coldfoot Quarry OMS No. 98-0.2, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504).

Fairbanks Meridian, Alaska
T. 28 N., R. 12 W., Sec. 28.

aa. AKAK106600197 / AKFF-98175, mineral material contract for Coldfoot Quarry OMS No. 98-0.2, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504).

Fairbanks Meridian, Alaska
T. 28 N., R. 12 W., Sec. 28.

bb. AKAK106173320 / AKFF 095756, right-of-way for solid waste disposal site No. 100-1, to the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the Trans-Alaska Pipeline Authorization Act of November 16, 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 30 N., R. 12 W., Secs. 25 and 36.

cc. AKAK106367867, right-of-way for a storage yard within OMS No. 83-2, as amended, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company under the provision of the Trans-Alaska Pipeline Act of 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 16 N., R. 13 W., Sec. 3.

dd. AKAK106367866, right-of-way for a storage yard, as amended, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of 30 U.S.C. 185 (1920) and 43 U.S.C. Sec. 1651-1655 (1973).

Fairbanks Meridian, Alaska

Tentative Approval No. **2026 - 0002**

T. 16 N., R. 13 W., Sec. 15.

ee. AKAK106596529 / AKFF 097866, mineral material contract for 86 Mile Pit OMS No. 83-1, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504).

Fairbanks Meridian, Alaska
T. 16 N., R. 13 W., Secs. 15 and 22.

ff. AKAK106596534 / AKFF 097871, mineral material contract for 158 Mile Quarry at OMS No. 95-1, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 26 N., R. 13 W., Secs. 25 and 36.

gg. AKAK106368546, right-of-way for a storage yard within OMS No. 95-1, as amended, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies, through Alyeska Pipeline Service Company, under the provision of the Trans-Alaska Pipeline Authorization Act of 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 26 N., R. 13 W., Sec. 36.

hh. AKAK106233520 / AKFF 096865, a right-of-way for Middle Fork Koyukuk River Rip Rap Stockpiles, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 27 N., R. 13 W., Sec. 1.

ii. AKAK106233685 / AKFF 096884, right-of-way for a storage yard at OMS No. 96-3, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 40 of 77

**Exhibit 2**
**Page 40 of 77**

of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 27 N., R. 13 W., Sec. 26.

jj. AKAK106596536 / AKFF 097873, mineral material contract for 165 Mile Pit OMS No. 96-3, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for TAPS Owners Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504), subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 27 N., R. 13 W., Sec. 26.

kk. AKAK106596531/ AKFF 097868, mineral material contract for Bonanza Creek Pit OMS No. 89-3, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for Amerada Hess Corporation, et al., under the provision of Sec. 28 of the Mineral Leasing Act of 1920, 41 Stat. 449, as amended, 30 U.S.C. 185 (1994) et seq., as amended, 87 Stat. 584, 43 U.S.C. 1651 (1994) et seq, subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 21 N., R. 14 W., Secs. 5 and 8.

ll. AKAK106596543/ AKFF 097880, mineral material contract for Bonanza Creek Pit OMS No. 89-3, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for Amerada Hess Corporation, et al., under the provision of Sec. 28 of the Mineral Leasing Act of 1920, 41 Stat. 449, as amended, 30 U.S.C. 185 (1994) et seq., as amended, 87 Stat. 584, 43 U.S.C. 1651 (1994) et seq, subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 21 N., R. 14 W., Secs. 5 and 8.

mm. AKAK106233780 / AKFF 097838, right-of-way for a storage yard within OMS No. 89-3, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of Sec. 28 of the Mineral Leasing Act of 1920 (41 Stat. 449, as

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 41 of 77

**Exhibit 2
Page 41 of 77**

amended, 30 U.S.C. 185 (1994) et seq., as amended) and the Trans-Alaska Pipeline Authorization Act (87 Stat. 584 (1973), 43 U.S.C. 1651).

Fairbanks Meridian, Alaska
T. 21 N., R. 14 W., Sec. 8.

nn. AKAK106367868, right-of-way for a storage yard within OMS No. 90-3A, as amended, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Trans-Alaska Pipeline Authorization Act of 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 22 N., R. 14 W., Sec. 7.

oo. AKAK106169717 / AKFF 095657, right-of-way for storage yard and burn pit within Storage Yard No. 91-3 to the TAPS Owner Companies, through Alyeska Pipeline Service Company, under the Trans-Alaska Pipeline Authorization Act of November 16, 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 23 N., R. 14 W., Secs. 17 and 18.

pp. AKAK106172057 / AKFF 084966, right-of-way for a Power and Communication Line granted to the Alyeska Pipeline Service Company, agent for the owners of the Trans-Alaska Pipeline under the provisions of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584 (1973)).

Fairbanks Meridian, Alaska
T. 23 N., R. 14 W., Sec. 17

qq. AKAK106167103 / AKFF 095583, right-of-way for an access road and boat launch, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 23 N., R. 14 W., Sec. 18.

Tentative Approval No. **2026 - 0002**

rr. AKAK106169314 / AKFF 095653, right-of-way for maintenance and operation of a shooting range within OMS No. 92-3.1, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the Trans-Alaska Pipeline Authorization Act of November 16, 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 24 N., R. 14 W., Sec. 23.

ss. AKAK106233684 / AKFF 096883, right-of-way for a staging area and storage yard, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 24 N., R. 14 W., Sec. 23.

tt. AKAK106332459, Temporary Use Permit (TUP) to construct, operate, maintain, and terminate a TUP for cleanup of a shooting range at OMS 92-3.1 granted to the TAPS Owner Companies, through Alyeska Pipeline Service Company under the provisions of the Trans-Alaska Pipeline Authorization Act, (43 U.S.C. 1651).

Fairbanks Meridian, Alaska
T. 24 N., R. 14 W., Sec. 23.

uu. AKAK106596533 / AKFF 097870, mineral material contract for 145 Mile Quarry OMS No. 92-3.1, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 604).

Fairbanks Meridian, Alaska
T. 24 N., R. 14 W., Sec. 23.

vv. AKAK106233683 / AKFF 096882, right-of-way for a storage yard and staging area at OMS No. 88-3, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 43 of 77

**Exhibit 2**

**Page 43 of 77**

Fairbanks Meridian, Alaska
T. 20 N., R. 15W., Sec. 10.

ww. AKAK106233682 / AKFF 096881, right-of-way for a staging and storage
yard within OMS No. 87-2B, for the Trans-Alaska Pipeline System, issued
to the TAPS Owner Companies through Alyeska Pipeline Service
Company, under the provision of the Trans-Alaska Pipeline Authorization
Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Fairbanks Meridian, Alaska
T. 20 N., R. 15 W., Sec. 34.

xx. AKAK106757380, mineral material contract from 112.3 Mile Pit OMS No.
87-2B, as amended, for the Trans Alaska Pipeline System, issued to Alyeska
Pipeline Service Company, agent for Amerada Hess Corporation, et al.,
under the provision of Sec. 28 of the Mineral Leasing Act of 1920, 41 Stat.
449, as amended, 30 U.S.C. 185 (1994) et seq., as amended, 87 Stat. 584,
43 U.S.C. 1651 (1994) et seq , subject to acceptance of offer and payment
of fees.

Fairbanks Meridian, Alaska
T. 20 N., R. 15 W., Sec. 34.

yy. AKAK105857741 / AKFF 021770, right-of-way for a fuel gas pipeline, as
amended, granted to Alyeska Pipeline Service Company, agent for Amerada
Hess Corporation et al., under the provisions of the Trans-Alaska Pipeline
Authorization Act of November 16, 1973 (Public Law 93-153, 87 Stat. 584
(1973), 43 U.S.C. 1651, et seq.).

Umiat Meridian, Alaska
T. 9 S., R. 11 E., Secs. 22, 23, 24, 27, 28, and 33;
T. 10 S., R. 11 E., Secs. 3, 4, 10, 14, 15, 23, 26, and 35;
T. 11 S., R. 11 E., Secs. 2, 11, 12, 13, and 24;
T. 9 S., R. 12 E., Secs. 12 to 15, 19 to 22, inclusive;
T. 11 S., R. 12 E., Secs. 19, 29, 30, and 32;
T. 12 S., R. 12 E., Sec. 5;
T. 9 S., R. 13 E., Secs. 3, 4, 5, 7, and 8.

zz. AKAK106169715 / AKFF 094972, right-of-way for Oil Spill Containment
Sites for the Trans Alaska Pipeline System, granted to the TAPS Owner
Companies through Alyeska Pipeline Service Company, under the

Tentative Approval No. **2026 - 0002**

**Exhibit 2**
**Page 44 of 77**

provisions of the Trans-Alaska Pipeline Authorization Act of November 16, 1973 (87 Stat. 584).

Umiat Meridian, Alaska
T. 9 S., R. 11 E., Secs. 13 and 35;
T. 10 S., R. 11 E., Secs. 5, 21, and 22;
T. 11 S., R. 11 E., Secs. 2, 14, and 24;
T. 9 S., R. 12 E., Secs. 2, 8, 17, and 19;
T. 11 S., R. 12 E., Secs. 30 and 32;
T. 12 S., R. 12 E., Secs. 5 and 8;
T. 13 S., R. 12 E., Sec. 4;
T. 14 S., R. 12 E., Sec. 20;
T. 15 S., R. 12 E., Sec. 18;
T. 9 S., R. 13 E., Sec. 4;
T. 10 S., R. 13 E., Sec. 35.

aaa. AKAK106596541 / AKFF 097878, mineral material contract for Galbraith Lake Pit OMS No. 114-A2, as amended, for the Trans Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for Amerada Hess Corporation, et al., under the provision of Sec. 28 of the Mineral Leasing Act of 1920, 41 Stat. 449, as amended, 30 U.S.C. 185 (1994) et seq., as amended, 87 Stat. 584, 43 U.S.C. 1651 (1994) et seq, subject to acceptance of offer and payment of fees.

Umiat Meridian, Alaska
T. 11 S., R. 11 E., Sec. 22.

bbb. AKAK106167114 / AKFF 096017, right-of-way for maintenance and operation of a construction camp and storage yard, as amended, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Umiat Meridian, Alaska
T. 16 S., R. 11 E., Sec. 9.

ccc. AKAK106169315 / AKFF 095654 right-of-way for storage yard and burn pit within OMS No. 117-1D and access road 11-AMS-1 to the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies, through Alyeska Pipeline Service Company under the Trans-Alaska Pipeline Authorization Act of November 16, 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Tentative Approval No. 2026 - 0002 _____

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 45 of 77

**Exhibit 2**
**Page 45 of 77**

Umiat Meridian, Alaska
T. 9 S., R. 12 E., Secs. 28, 29 and 33.

ddd. AKAK106172731 / AKFF 095755, right-of-way for solid waste disposal site No. 117-1B for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the Trans-Alaska Pipeline Authorization Act of November 16, 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.)

Umiat Meridian, Alaska
T. 9 S., R. 12 E., Secs. 28, 29 and 33.

eee. AKAK106367873, right of way for a storage yard at OMS No. 117-2BD, as amended, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Trans-Alaska Pipeline Act of 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Umiat Meridian, Alaska
T. 9 S., R. 12 E., Secs. 33 and 34.

fff. AKAK106596542 / AKFF 097879, mineral material contract for Toolik Pit OMS No. 117-2BD, as amended, for the Trans Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for Amerada Hess Corporation, et al., under the provision of Sec. 28 of the Mineral Leasing Act of 1920, 41 Stat. 449, as amended, 30 U.S.C. 185 (1994) et seq., as amended, 87 Stat. 584, 43 U.S.C. 1651 (1994) et seq, subject to acceptance of offer and payment of fees.

Umiat Meridian, Alaska
T. 9 S., R. 12 E., Secs. 33 and 34.

ggg. AKAK106233705 / AKFF 096942, right-of-way for removal of aufeis, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Umiat Meridian, Alaska
T. 12 S., R. 12 E., Sec. 5.

Tentative Approval No. __2026 - 0002__

hhh. AKAK106233782 / AKFF 097840, right-of-way for a storage yard within OMS No. 112-3.1, for the Trans-Alaska Pipeline System, issued to the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of Sec. 28 of the Mineral Leasing Act of 1920 (41 Stat. 449, as amended, 30 U.S.C. 185 (1994) et seq., as amended) and the Trans-Alaska Pipeline Authorization Act (87 Stat. 584 (1973), 43 U.S.C. 1651).

Umiat Meridian, Alaska
T. 13 S., R. 12 E., Sec. 15.

iii. AKAK106596501 / AKFF 097794, mineral material contract for Kanayut Conglomerate Quarry OMS No. 112-3.1, for the Trans Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 604).

Umiat Meridian, Alaska
T. 13 S., R. 12 E., Secs. 15 and 16.

jjj. AKAK106596506 / AKFF 097803, mineral material contract for Kanayut Conglomerate Quarry OMS No. 112-3.1, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 604).

Umiat Meridian, Alaska
T. 13 S., R. 12 E., Secs. 15 and 16.

kkk. AKAK106169316 / AKFF 095655, right-of-way for storage yard within OMS No. 111-2 issued to the TAPS Owner Companies, through Alyeska Pipeline Service Company under the Trans-Alaska Pipeline Authorization Act of November 16, 1973 (87 Stat. 584, 43 U.S.C. 1651 (1994) et seq.).

Umiat Meridian, Alaska
T. 14 S., R. 12 E., Sec. 20.

lll. AKAK106799202, Temporary Use Permit (TUP) for a temporary staging within former TAPS material Site OMS 96-1, granted to the Alyeska Pipeline Service Company, on behalf of the TAPS owner companies under the provisions of the Trans-Alaska Pipeline Authorization Act (87 Stat. 584 (1973)) subject to acceptance of offer and payment of fees.

Tentative Approval No. **2026 - 0002**

Fairbanks Meridian, Alaska
T. 26 N., R. 14 W., Sec. 14.

mmm. AKAK106758050, mineral material contract for OMS No. 88-3, as amended, for the Trans-Alaska Pipeline System, issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provision of the Act of July 31, 1947 (61 Stat. 681, as amended, 30 U.S.C. 601 through 504) subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 20 N., R. 15 W., Sec. 10.

nnn. AKAK106789173, right-of-way for an access road issued to Alyeska Pipeline Service Company, agent for the TAPS Owner Companies through Alyeska Pipeline Service Company, under the provisions Sec. 28 of the Mineral Leasing Act of 1920 (41 Stat. 449, as amended, 30 U.S.C. 185) including pending amendment application on file subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
T. 35 N., R. 10 W., Sec. 21.

3. AKAK106233336 / AKFF 097309, A right-of-way grant, issued to the University of Alaska, to construct, operate, maintain, and terminate 2 Meteorological station sites and access to six sites consisting of 25 locations, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 33 N., R. 9 W., Sec. 20;
T. 34 N., R. 9 W., Secs. 19, and 28;
T. 35 N., R. 9 W., Sec. 18;
T. 36 N., R. 9 W., Sec. 9;
T. 37 N., R. 9 W., Sec. 32.
T. 33 N., R. 10 W., Sec. 35;
T. 34 N., R. 10 W., Secs. 26, and 32;
T. 35 N., R. 10 W., Sec. 28;
T. 36 N., R. 10 W., Secs. 10, 17, and 26.

Umiat Meridian, Alaska
T. 16 S., R. 10 E., Sec. 26;

Tentative Approval No. **2026-0002**

**Exhibit 2**
**Page 48 of 77**

T. 16 S., R. 11 E., Secs. 20, and 30;
T. 17 S., R. 11 E., Sec. 5.

4. AKAK106721041, a right-of-way grant issued to the University of Alaska at Fairbanks, to conduct debris lobe tree research, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761), subject to acceptance of offer and payment of fees.

   Fairbanks Meridian, Alaska
   T. 33 N., R. 10 W., Secs. 1 and 13;
   T. 34 N., R. 10 W., Sec. 10;
   T. 35 N., R. 10 W., Secs. 16, 17, and 33;
   T. 36 N., R. 10 W., Secs. 11, 16, and 27.

5. AKAK106233509 / AKFF 096844, A right-of-way grant issued to the University of Alaska at Fairbanks to construct, operate, maintain, and terminate 44 borehole sites, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

   Fairbanks Meridian, Alaska
   T. 12 N., R. 10 W., Sec. 7;
   T. 31 N., R. 10 W., Sec. 30;
   T. 32 N., R. 10 W., Secs. 4, 16, 21, and 32;
   T. 33 N., R. 10 W., Sec. 24;
   T. 34 N., R. 10 W., Secs. 15, and 23;
   T. 35 N., R. 10 W., Sec. 21;
   T. 13 N., R. 11 W., Sec. 17;
   T. 30 N., R. 11 W., Sec. 6;
   T. 15 N., R. 12 W., Secs. 4 and 18;
   T. 27 N., R. 12 W., Sec. 6;
   T. 28 N., R. 12 W., Secs. 22, and 29;
   T. 29 N., R. 12 W., Sec. 1;
   T. 30 N., R. 12 W., Sec. 36;
   T. 16 N., R. 13 W., Sec. 4;
   T. 25 N., R. 13 W., Secs. 23, and 26;
   T. 27 N., R. 13 W., Sec. 23;
   T. 19 N., R. 14 W., Sec. 30;
   T. 21 N., R. 14 W., Sec. 19;
   T. 22 N., R. 14 W., Sec. 30;
   T. 23 N., R. 14 W., Secs. 30, and 31;
   T. 20 N., R. 15 W., Secs. 19, and 34.

Tentative Approval No. 2026-0002

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 49 of 77

Exhibit 2
Page 49 of 77

Umiat Meridian, Alaska
        T. 11 S., R. 11 E., Sec. 23;
        T. 16 S., R. 11 E., Secs. 10, and 16.

6. AKAK106338822, A right-of-way grant issued to the University of Alaska Fairbanks to operate, maintain, and terminate a right-of-way for 20 research sites generally within the Dalton Highway corridor between mileposts 165 and 221, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
        T. 31 N., R. 10 W., Sec. 18;
        T. 32 N., R. 10 W., Secs. 9, 21, and 32;
        T. 33 N., R. 10 W., Secs. 11, 25, and 35;
        T. 34 N., R. 10 W., Secs. 15, and 26;
        T. 35 N., R. 10 W., Secs. 21, 28, and 33;
        T. 30 N., R. 11 W., Sec. 4;
        T. 27 N., R. 12 W., Sec. 6;
        T. 27 N., R. 13 W., Secs. 14, and 23.

7. AKAK106233537 / AKFF 097122, A right-of-way grant to the University of Alaska at Fairbanks to construct, operate, maintain and terminate research on frozen debris lobes at nine locations between mile posts 212 – 231 along the Dalton Highway, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
        T. 33 N., R. 10 W., Sec. 1;
        T. 34 N., R. 10 W., Secs. 3, 4, 14, and 36;
        T. 35 N., R. 10 W., Secs. 17, 33, and 34;
        T. 36 N., R. 10 W., Sec. 2.

8. AKAK106174097 / AKFF 093996, A right-of-way grant, issued to the University of Alaska to construct, operate, maintain, and terminate a Seismic Station, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761), subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska
        T. 28 N., R. 12 W., Sec. 28.

**2026-0002**

Tentative Approval No. _____

9. AKAK106233718 / AKFF 097377, A right-of-way grant issued to the University of Alaska at Fairbanks to operate, maintain, and terminate 9 snow survey sites across the townships, ranges and meridians on public lands as described, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

> Umiat Meridian, Alaska
> T. 9 S., R. 11 E., all;
> T. 10 S., R. 11 E., all;
> T. 16 S., R. 11 E., all.
> T. 9 S., R. 12 E., all;
> T. 10 S., R. 12 E., all;

10. AKAK106233513 / AKFF 096854, A right-of-way grant issued to the University of Alaska at Fairbanks, to construct, operate, maintain, and terminate common boardwalks located within the Toolik and Imnavait areas, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

> Umiat Meridian, Alaska
> T. 9 S., R. 12 E., Secs. 31, 32, and 33;
> T. 10 S., R. 11 E., Sec. 6.

11. AKAK106233517 / AKFF 096858, A right-of-way grant issued to the University of Alaska at Fairbanks to construct, operate, maintain, and terminate numerous plant and research plots, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

> Umiat Meridian, Alaska
> T. 9 S., R. 11 E., Secs. 28, and 33;
> T. 10 S., R. 11 E., Secs. 4, and 9.

12. AKAK106233382 / AKFF 097495, A right-of-way grant issued to the University of Alaska at Fairbanks, to construct, operate, maintain, and terminate seven seismic array sites (previously operated by IRIS), pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

> Umiat Meridian, Alaska
> T. 9 S., R. 11 E., Sec. 28;
> T. 16 S., R. 11 E., Sec. 16.

Tentative Approval No. **2026 - 0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 51 of 77

**Exhibit 2**
**Page 51 of 77**

13. AKAK106233514 / AKFF 096855, A right-of-way grant issued to the University of Alaska at Fairbanks, to construct, operate, maintain, and terminate one satellite dish, three cameras, one WiFi antenna and one mercury hut, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Umiat Meridian, Alaska
        T. 9 S., R. 12 E., Sec. 34;
        T. 11 S., R. 12 E., Sec. 32.

14. AKAK106233539 / AKFF 097125, A right-of-way grant issued to the University of Alaska at Fairbanks to construct, operate, maintain, and terminate 12 research sites generally within the Dalton Highway corridor between mileposts 273 and 292, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Umiat Meridian, Alaska
        T. 10 S., R. 11 E., Sec. 1;
        T. 9 S., R. 12 E., Secs. 30, 33, and 34;
        T. 10 S., R. 12 E., Secs. 19, 22, 31, and 36;
        T. 11 S., R. 12 E., Sec. 4.

15. AKAK106734063, A right-of-way grant to the University of Alaska to conduct landslide research at two sites off the Dalton Highway, near mileposts 238 and 242, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Umiat Meridian, Alaska
        T. 15 S., R. 11 E., Secs. 22, 27, and 28;
        T. 16 S., R. 11 E., Sec. 7.

16. AKAK106233540 / AKFF 097128, A right-of-way grant issued to the University of Alaska at Fairbanks to construct, operate, maintain, and terminate three (3) eddy covariance towers on public lands, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761), subject to acceptance of offer and payment of fees.

    Umiat Meridian, Alaska
        T. 10 S., R. 12 E., Sec. 3.

Tentative Approval No. **2026 - 0002**

17. AKAK106173124 / AKFF 095284, A right-of-way grant issued to the University of Alaska at Fairbanks to construct, operate, maintain, and terminate 1 snow fence on public lands, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 10 S., R. 12 E., Sec. 10.

18. AKAK106718448, A right-of-way grant to the University of Alaska to conduct research on pingos, poplar stands, and groundwater springs at five sites in the Toolik Lake region, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 10 S., R. 13 E., Sec. 23;
T. 9 S., R. 14 E., Sec. 19;
T. 10 S., R. 14 E., Secs. 4 and 5.

19. AKAK106345197, a right-of-way grant issued to the Doyon, Limited to operate, maintain, and terminate a fiber optic cable and associated infrastructure, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 12 N., R. 10 W., Sec. 7.

20. AKAK106174901 / AKFF 091086, a right-of-way for construction, operation, and maintenance of an access road issued to Edward C. Mayo, under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 12 N., R. 10 W., Sec. 7.

21. AKAK106174306 / AKFF 095829, a right-of-way for construction, operation, and maintenance of winter access trail issued to Kristina and Jacob Livingston, under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 12 N., R. 10 W., Sec. 7;
T. 12 N., R. 11 W., Secs. 8, 9, 10, 11, 12, 17, 18, 19, and 20.

Tentative Approval No. 2026-0002

22. AKAK106790362, a right-of-way to construct, operate, maintain, and terminate a high-speed fiber optic cable issued to GCI Fiber Communication Co., Inc. under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761) subject to acceptance of offer and payment of fees.

Fairbanks Meridian, Alaska

T. 12 N., R. 10 W., Secs. 6 and 7;
T. 31 N., R. 10 W., Secs. 6, 7, 18, 19, and 30;
T. 32 N., R. 10 W., Secs. 4, 9, 16, 20, 21, 29, 31, and 32;
T. 33 N., R. 10 W., Secs. 2, 11, 13, 14, 24, 25, 26, 34, 35, and 36;
T. 34 N., R. 10 W., Secs. 4, 9, 10, 15, 22, 26, 27, and 35;
T. 35 N., R. 10 W., Secs. 4, 9, 16, 21, 28, and 33;
T. 36 N., R. 10 W., Secs. 2, 3, 10, 15, 16, 21, 28, and 33;
T. 37 N., R. 10 W., Secs. 25, 35, and 36;
T. 12 N., R. 11 W., Sec. 1;
T. 13 N., R. 11 W., Secs. 7, 17, 18, 20, 21, 22, 26, 27, 35, and 36;
T. 30 N., R. 11 W., Secs. 5, 6, 7, 18, 19, and 30;
T. 31 N., R. 11 W., Secs. 25, 26, 32, 33, 34, and 35;
T. 13 N., R. 12 W., Secs. 1, 2, and 12;
T. 14 N., R. 12 W., Secs. 6, 7, 8, 17, 20, 21, 27, 28, 34, and 35;
T. 15 N., R. 12 W., Secs. 6, 7, 17, 18, 20, 29, 30, and 31;
T. 16 N., R. 12 W., Sec. 31;
T. 25 N., R. 12 W., Secs. 6, 7, and 18;
T. 27 N., R. 12 W., Sec. 6;
T. 28 N., R. 12 W., Secs. 3, 10, 15, 29, 30, and 31;
T. 29 N., R. 12 W., Secs. 1, 11, 12, and 14;
T. 30 N., R. 12 W., Secs. 25 and 36;
T. 16 N., R. 13 W., Secs. 3, 4, 10, 14, 15, 23, 24, 25, and 36;
T. 17 N., R. 13 W., Secs. 6, 7, 8, 17, 20, 21, 28, 33, and 34;
T. 24 N., R. 13 W., Secs. 5, 7, 8, and 18;
T. 25 N., R. 13 W., Secs. 1, 13, 23, 24, 26, 27, 33, and 34;
T. 26 N., R. 13 W., Secs. 2, 11, 14, 23, 25, 26, and 36;
T. 27 N., R. 13 W., Secs. 1, 11, 12, 14, 23, 26, and 35;
T. 17 N., R. 14 W., Sec. 1;
T. 18 N., R. 14 W., Secs. 4, 5, 9, 10, 14, 15, 23, 25, 26, and 36;
T. 19 N., R. 14 W., Secs. 19, 30, 31, and 32;
T. 21 N., R. 14 W., Secs. 5, 6, 7, 18, 19, 30, and 31;
T. 22 N., R. 14 W., Secs. 6, 7, 18, 19, 20, 29, and 32;
T. 23 N., R. 14 W., Secs. 3, 4, 8, 9, 17, 18, 19, 30, and 31;
T. 24 N., R. 14 W., Secs. 13, 23, 24, 26, 27, and 34;
T. 19 N., R. 15 W., Secs. 2, 3, 11, 13, 14, and 24;

Tentative Approval No. __2026 - 0002__

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 54 of 77

**Exhibit 2**

**Page 54 of 77**

T. 20 N., R. 15 W., Secs. 2, 10, 11, 15, 16, 17, 20, 21, 28, 33, and 34.

Umiat Meridian, Alaska

T. 16 S., R. 10 E., Secs. 25, 35, and 36;
T. 17 S., R. 10 E., Sec. 2;
T. 9 S., R. 11 E., Secs. 25, 28, 33, 35, and 36;
T. 10 S., R. 11 E., Secs. 2, 3, 4, 10, 11, 14, 23, 26, and 35;
T. 11 S., R. 11 E., Secs. 1, 2, 12, 13, and 24;
T. 15 S., R. 11 E., Secs. 23, 24, 26, 27, and 35;
T. 16 S., R. 11 E., Secs. 2, 3, 9, 10, 16, 17, 19, 20, and 30;
T. 9 S., R. 12 E., Secs. 12, 13, 14, 15, 19, 20, 21, 22, and 30;
T. 11 S., R. 12 E., Secs. 19, 29, 30, and 32;
T. 12 S., R. 12 E., Secs. 5, 8, 9, 16, 17, 21, 28, and 33;
T. 13 S., R. 12 E., Secs. 3, 9, 10, 15, 16, 21, 28, 32, and 33;
T. 14 S., R. 12 E., Secs. 5, 8, 17, 20, 29, and 32;
T. 15 S., R. 12 E., Secs. 5, 6, 7, 18, and 19;
T. 9 S., R. 13 E., Secs. 4, 5, 7, and 8.

23. AKAK106171523 / AKFF 096588, right-of-way for construction, operation, maintenance and termination of a fiber optic cable line and one (1) regeneration site, issued to AT&T, Alascom Incorporated, under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska

T. 12 N., R. 10 W., Secs. 6 and 7;
T. 13 N., R. 10 W., Secs. 20 and 21;
T. 12 N., R. 11 W., Secs. 1 and 2;
T. 13 N., R. 11 W., Secs. 7, 17, 18, 20, 21, 22, 26, 27, and 35;
T. 13 N., R. 12 W., Secs. 1, 2, and 12;
T. 14 N., R. 12 W., Secs. 6, 7, 8, 17, 20, 21, 27, 28, 34, and 35;
T. 15 N., R. 12 W., Secs. 6, 7, 18, 19, 29, 30, and 31;
T. 25 N., R. 12 W., Secs. 6, 7, and 18;
T. 27 N., R. 12 W., Secs. 6, 7, 11, 12, 14, 23, 26, and 35;
T. 28 N., R. 12 W., Secs. 15, 16, 21, 28, 29, 30, and 31;
T. 15 N., R. 13 W., Sec. 1, 4, 9, 10, 14, 15, 23, 24, 25, and 36;
T. 16 N., R. 13 W., Secs. 4, 9, 10, 14, 15, 23, 24, 25, and 36;
T. 17 N., R. 13 W., Secs. 6, 7, 17, 18, 20, 21, 28, 33, and 34;
T. 24 N., R. 13 W., Secs. 5, 7, 8, and 18;
T. 25 N., R. 13 W., Secs. 1, 13, 23, 24, 26, 27, 33, and 34;
T. 26 N., R. 13 W., Secs. 2, 11, 14, 23, 25, 26, and 36;

Tentative Approval No. __2026 - 0002__

T. 27 N., R. 13 W., Secs. 11, 12, 14, 23, 26, and 35;
T. 17 N., R. 14 W., Sec. 1;
T. 18 N., R. 14 W., Secs. 4, 5, 9, 10, 14, 15, 23, 25, 26, and 36;
T. 19 N., R. 14 W., Secs. 19, 30, 31, and 32;
T. 21 N., R. 14 W., Secs. 6, 7, 18, 19, and 30;
T. 22 N., R. 14 W., Secs. 6, 7, 18, 19, 30, and 31;
T. 23 N., R. 14 W., Secs. 3, 4, 8, 9, 17, 18, 19, 30, 31, and 36;
T. 24 N., R. 14 W., Secs. 13, 23, 24, 26, 27, and 34;
T. 19 N., R. 15 W., Secs. 2, 3, 11, 13, 14, and 24;
T. 20 N., R. 15 W., Secs. 2, 3, 4, 8, 9, 17, 20, 21, 28, 33, and 34;
T. 21 N., R. 15 W., Secs. 25 and 36;
T. 22 N., R. 15 W., Secs. 1, 12, and 13;
T. 23 N., R. 15 W., Secs. 19, 30 and 36.

24. AKAK106233332, A right-of-way grant to 8 Star Alaska, LLC 9950 Woodloch Forest Dr., Suite 1500, The Woodlands, TX 77380, to construct, operate, maintain, and terminate a 42-inch diameter Natural Gas Pipeline, pursuant to Section 28 of the Mineral Leasing Act of 1920, as amended (30 U.S.C. 185).

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Secs. 5, 6, 7, 8, 17, 18, 19, and 30;
T. 32 N., R. 10 W., Secs. 3, 4, 9, 16, 21, 28, 29, and 32;
T. 33 N., R. 10 W., Secs. 2, 11, 12, 13, 14, 23, 24, 25, 26, 34, 35, and 36;
T. 34 N., R. 10 W., Secs. 3, 4, 9, 10, 14, 15, 22, 23, 26, and 35;
T. 35 N., R. 10 W., Secs. 4, 9, 16, 21, 28, and 33;
T. 36 N., R. 10 W., Secs. 2, 3, 10, 11, 15, 16, 21, 22, 28, and 33;
T. 37 N., R. 10 W., Secs. 25, 35, and 36;
T. 12 N., R. 11 W., Secs. 1, 2, and 12;
T. 13 N., R. 11 W., Secs. 7, 17, 18, 20, 21, 22, 26, 27, 34, 35, and 36;
T. 30 N., R. 11 W., Secs. 3, 4, 5, 7, 8, 18, 19, 30, and 31;
T. 31 N., R. 11 W., Secs. 25, 34, 35, and 36;
T. 13 N., R. 12 W., Secs. 1, 2, and 12;
T. 14 N., R. 12 W., Secs. 6, 7, 8, 17, 18, 20, 21, 27, 28, 34, 35, and 36;
T. 15 N., R. 12 W., Tract A;
T. 25 N., R. 12 W., Secs. 6, 7, and 18;
T. 26 N., R. 12 W., Sec. 31;
T. 27 N., R. 12 W., Secs. 5, 6, and 7;
T. 28 N., R. 12 W., Secs. 28, 29, 31, and 32;
T. 29 N., R. 12 W., Secs. 1, 12, 13, and 14;
T. 30 N., R. 12 W., Secs. 25 and 36;

Tentative Approval No. 2026-0002

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 56 of 77

Exhibit 2
Page 56 of 77

T. 15 N., R. 13 W., Tract A;
T. 16 N., R. 13 W., Tract A;
T. 17 N., R. 13 W., Tract A;
T. 24 N., R. 13 W., Secs. 5, 7, 8, 18, and 19;
T. 25 N., R. 13 W., Secs. 1, 13, 23, 24, 26, 27, 33, and 34;
T. 26 N., R. 13 W., Secs. 2, 11, 14, 15, 23, 25, 26, and 36;
T. 27 N., R. 13 W., Secs. 11, 12, 13, 14, 23, 26, and 35;
T. 17 N., R. 14 W., Sec. 1;
T. 18 N., R. 14 W., Secs. 3, 4, 5, 9, 10, 14, 15, 16, 23, 25, 26, and 36;
T. 19 N., R. 14 W., Secs. 18, 19, 30, 31, and 32;
T. 21 N., R. 14 W., Secs. 5, 6, 7, 8, 17, 18, 19, 30, and 31;
T. 22 N., R. 14 W., Secs. 6, 7, 8, 17, 18, 19, 20, 29, 31, and 32;
T. 23 N., R. 14 W., Secs. 3, 9, 10, 16, 17, 18, 19, 20, 29, 30, and 31;
T. 24 N., R. 14 W., Secs. 13, 23, 24, 25, 26, 34, and 35;
T. 19 N., R. 15 W., Secs. 2, 11, 12, 13, and 24;
T. 20 N., R. 15 W., Secs. 1, 2, 3, 4, 9, 10, 11, 15, 16, 17, 22, 23, 26, 27, 28, 34, and 35.

Umiat Meridian, Alaska
T. 16 S., R. 10 E., Secs. 25, 35, and 36;
T. 17 S., R. 10 E., Sec. 2;
T. 10 S., R. 11 E., Secs. 12, 13, 23, 24, 26, and 35;
T. 11 S., R. 11 E., Secs. 1, 2, 11, 12, 13, 14, 15, 22, 23, 24, and 26;
T. 15 S., R. 11 E., Secs. 23, 24, 26, 27, 34, and 35;
T. 16 S., R. 11 E., Secs. 3, 4, 9, 10, 16, 17, 19, 20, and 30;
T. 9 S., R. 12 E., Secs. 12, 13, 14, 15, 20, 21, 22, 28, 29, 31, and 32;
T. 10 S., R. 12 E., Secs. 6 and 7;
T. 11 S., R. 12 E., Secs. 19, 29, 30, and 32;
T. 12 S., R. 12 E., Secs. 4, 5, 9, 16, 21, 28, and 33;
T. 13 S., R. 12 E., Secs. 3, 4, 9, 10, 15, 16, 21, 28, 32, and 33;
T. 14 S., R. 12 E., Secs. 5, 8, 17, 20, 29, 31, and 32;
T. 15 S., R. 12 E., Secs. 5, 6, 7, 18, and 19;
T. 9 S., R. 13 E., Secs. 3, 4, 5, 7, and 8.

25. AKAK106721039, A right-of-way grant to the University of Connecticut, to operate, maintain, and terminate a right-of-way to conduct ecological research at 15 sites on federal land accessible from the Dalton Highway between milepost 70 (Fort Hamlin Hills Creek) and 298 (Oksrukuik Creek), pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska

Tentative Approval No. __2026-0002__

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 57 of 77

**Exhibit 2**
**Page 57 of 77**

T. 31 N., R. 10 W., Secs. 8 and 30;
T. 30 N., R. 11 W., Sec. 7;
T. 14 N., R. 12 W., Sec. 17;
T. 15 N., R. 12 W., Sec. 19;
T. 17 N., R. 13 W., Sec. 28;
T. 25 N., R. 13 W., Sec. 34;
T. 19 N., R. 14 W., Sec. 30;
T. 24 N., R. 14 W., Sec. 34.

Umiat Meridian, Alaska
T. 11 S., R. 11 E., Sec. 22;
T. 15 S., R. 11 E., Sec. 26;
T. 9 S., R. 12 E., Secs. 19 and 21;
T. 9 S., R. 13 E., Sec. 4;

26. AKAK106167127 / AKFF 096767, right-of-way to construct, maintain, and
terminate a fiber optic line and a regeneration site with a building, above
ground storage tank in secondary containment and a fence to surround all
improvements, issued to BorTek, LLC, under the provisions of Title V of the
Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776;
43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Secs. 6, 7, 8, 17, 18, 19, and 30;
T. 32 N., R. 10 W., Secs. 3, 4, 9, 16, 21, 28, 29, 31, and 32;
T. 33 N., R. 10 W., Secs. 2, 11, 13, 14, 24, 25, 34, 35, and 36;
T. 34 N., R. 10 W., Secs. 4, 9, 10, 15, 22, 23, 26, and 35;
T. 35 N., R. 10 W., Secs. 4, 9, 16, 21, 28, and 33;
T. 36 N., R. 10 W., Secs. 2, 3, 10, 15, 16, 21, 28, and 33;
T. 37 N., R. 10 W., Secs. 25, 35, and 36;
T. 30 N., R. 11 W., Secs. 4, 5, 7, 8, 18, 19, 30 and 31;
T. 31 N., R. 11 W., Secs. 25, 26, 33, 34, and 35;
T. 28 N., R. 12 W., Sec. 15;
T. 29 N., R. 12 W., Secs. 1, 12, 13, 14, 23, and 26;
T. 30 N., R. 12 W., Sec. 36.

Umiat Meridian, Alaska
T. 16 S., R. 10 E., Secs. 25, 35, and 36;
T. 17 S., R. 10 E., Sec. 2;
T. 9 S., R. 11 E., Secs. 22, 23, 24, 27, 28, and 34;
T. 10 S., R. 11 E., Secs. 3, 4, 10, 14, 15, 23, 26, and 35;
T. 11 S., R. 11 E., Secs. 1, 2, 3, 12, 13, 24, and 26;

Tentative Approval No. **2026 - 0002** _____

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 58 of 77

**Exhibit 2**

**Page 58 of 77**

T. 15 S., R. 11 E., Secs. 23, 24, 26, 27, 34, and 35;
T. 16 S., R. 11 E., Secs. 3, 9, 10, 16, 19, 20, 21, and 30;
T. 9 S., R. 12 E., Secs. 12, 13, 14, 15, 19, 20, 21, and 22;
T. 11 S., R. 12 E., Secs. 19, 29, 30, and 32;
T. 12 S., R. 12 E., Secs. 4, 5, 9, 16, 21, 28, and 33;
T. 13 S., R. 12 E., Secs. 3, 9, 10, 15, 16, 21, 28, 32, and 33;
T. 14 S., R. 12 E., Secs. 5, 8, 17, 20, 29, and 32;
T. 15 S., R. 12 E., Secs. 5, 6, 7, 18, and 19;
T. 9 S., R. 13 E., Secs. 3, 4, 5, 7, and 8.

27. AKAK106233097 / AKFF 097000, a right-of-way for construction, operation, and maintenance of a fiber optic line, regeneration site, crew camp, and material storage site, issued to Quintillion Networks, LLC, under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Secs. 6, 7, 8, 17, 18, 19, and 30;
T. 32 N., R. 10 W., Secs. 3, 4, 9, 16, 21, 28, 29, 31, and 32;
T. 33 N., R. 10 W., Secs. 2, 11, 13, 14, 24, 25, 34, 35, and 36;
T. 34 N., R. 10 W., Secs. 4, 9, 10, 15, 22, 23, 26, and 35;
T. 35 N., R. 10 W., Secs. 4, 9, 16, 21, 28, and 33;
T. 36 N., R. 10 W., Secs. 2, 3, 10, 15, 16, 21, 28, and 33;
T. 37 N., R. 10 W., Secs. 25, 35, and 36;
T. 30 N., R. 11 W., Secs. 4, 5, 7, 8, 18, 19, 30, and 31;
T. 31 N., R. 11 W., Secs. 25, 26, 33, 34, and 35.
T. 28 N., R. 12 W., Secs. 10 and 15;
T. 29 N., R. 12 W., Secs. 1, 12, 13, 14, 23, 26, and 35;
T. 30 N., R. 12 W., Sec. 36.

Umiat Meridian, Alaska
T. 16 S., R. 10 E., Secs. 25 and 35;
T. 17 S., R. 10 E., Sec. 2;
T. 9 S., R. 11 E., Secs. 22, 23, 24, 27, 28, and 34;
T. 10 S., R. 11 E., Secs. 3, 4, 10, 14, 15, 23, 26, and 35;
T. 11 S., R. 11 E., Secs 1, 2, 12, 13, and 24;
T. 15 S., R. 11 E., Secs. 23, 24, 34, and 35;
T. 16 S., R. 11 E., Secs. 3, 9, 10, 16, 19, 20, 21, and 30;
T. 9 S., R. 12 E., Secs. 12, 13, 14, 15, 19, 20, 21, and 22;
T. 11 S., R. 12 E., Secs. 19, 29, 30, and 32;
T. 12 S., R. 12 E., Secs. 4, 5, 9, 16, 21, 28, and 33;
T. 13 S., R. 12 E., Secs. 3, 9, 10, 15, 16, 21, 28, 32, and 33;

Tentative Approval No. **2026 - 0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 59 of 77

**Exhibit 2**
**Page 59 of 77**

T. 14 S., R. 12 E., Secs. 5, 8, 17, 20, 29, and 32;
T. 15 S., R. 12 E., Secs. 6, 7, 18, and 19;
T. 9 S., R. 13 E., Secs. 3, 4, 5, 7, and 8.

28. AKAK106233764 / AKFF 097822, a permit issued to Peter S. Frantz dba
Metallogeny Inc, for landing zones and staging areas, under the authority of
Title III of the Federal Land Policy and Management Act of 1976 (90 Stat.
2776; U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Secs. 8 and 18;
T. 30 N., R. 12 W., Sec. 24.

29. AKAK106170328 / AKFF 096561, right-of-way for access on the existing
Gold Creek trail and a staging plot known as plot #6 issued to Tracy Freel, to
operate, maintain, and terminate a right-of-way under the provisions of Title V
of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat.
2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Secs.12, 13, 14, 15, 16, 17, and 18.

30. AKAK106784200, a permit issued to Greg Nappi for long term camping and
access with an ATV along Sheep Creek Trail, pursuant to Title III of the
Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776;
43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Sec. 21.

31. AKAK106233527 / AKFF 097109, A right-of-way grant to Boreal Resources,
Incorporated to access the existing Linda Creek and Gold Creek Trails to
transport mining equipment to State mining claims to the east and for staging
and storing mining equipment on plot #4 at the Gold Creek Staging Area,
pursuant to Title V of the Federal Land Policy and Management Act of October
21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Secs. 1, 2, 3, 4, 8, 9, 12, 13, 14, 15, 16, 17, 18;
T. 32 N., R. 10 W., Sec. 36.

Tentative Approval No. __2026-0002_____

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 60 of 77

Exhibit 2
Page 60 of 77

32. AKAK106233535 / AKFF 097120, A right-of-way grant to Chester Bell to access the existing Linda Creek and Gold Creek trails to transport mining equipment to State mining claims to the east and for staging and storing mining equipment on plot #9 at the Gold Creek Staging Area, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Fairbanks Meridian, Alaska
        T. 31 N., R. 10 W., Secs. 1, 2, 3, 4, 8, 9, 12, 13, 14, 15, 16, 17, and 18;
        T. 32 N., R. 10 W., Secs. 36.

33. AKAK106233799 / AKFF 097902, A right-of-way grant to Columbia University to operate, maintain and terminate a right-of-way for 3 research sites between Dalton Highway mileposts 231-235, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Fairbanks Meridian, Alaska
        T. 37 N., R. 10 W., Sec. 25.

    Umiat Meridian, Alaska
        T. 16 S., R. 10 E., Sec. 36;
        T. 17 S., R. 10 E., Sec. 2.

34. AKAK106171896 / AKFF 0933756, right-of-way for a telephone exchange cable and fiber optic cable that provides service to the Arctic Interagency Visitor Center an BLM administrative site, issued to Summit Telephone and telegraph of Alaska, Inc. dba Summit Telephone Company, under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Fairbanks Meridian, Alaska
        T. 28 N., R. 12 W., Secs. 15 and 16.

35. AKAK106171897 / AKFF 093757, right-of-way to operate, maintain and terminate, two (2) power transmission line corridors between existing power infrastructure within an BLM administrative site, issued to Coldfoot Camp under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Fairbanks Meridian, Alaska
        T. 28 N., R. 12 W., Secs. 15 and 16.

Tentative Approval No. 2026 - 0002

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 61 of 77

Exhibit 2
Page 61 of 77

36. AKAK106327435, A right-of-way grant to Cary Institute to operate, maintain and terminate a right-of-way on public lands for 2 research sites near Dalton Highway mileposts 145 and 148, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 24 N., R. 13 W., Sec. 8;
T. 24 N., R. 14 W., Sec. 23.

37. AKAK106233119 / AKFF 097031, A right-of-way grant to Arrowhead Outfitters, LLC to construct, operate, maintain, and terminate a staging area at Grayling Lake for two float planes and a temporary dock, mile post 150 Dalton Highway and a base camp at mile post 159.3 Dalton Highway on public lands, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 25 N., R. 13 W., Secs. 27 and 34;
T. 26 N., R. 13 W., Secs. 23 and 26.

38. AKAK106233530 / AKFF 97112, a right-of-way grant issued to the Alaska Industrial Development and Export Authority to construct, operate, maintain, and terminate a private industrial access road with ancillary facilities, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 25 N., R. 14 W., Sec. 6;
T. 25 N., R. 15 W., Secs. 1, 6, 7, 8, 9, 10, 11, and 12;
T. 26 N., R. 13 W., Secs. 14, 15, 16, 20, 21, 22, 29, and 30;
T. 26 N., R. 14 W., Secs. 25, 26, 27, 28, 29, 31, and 32.

39. AKAK106233536 / AKFF 097121, A right-of-way grant to Robert Brown to operate, maintain, and terminate a right-of-way on public lands on the existing Chapman Lake Trail from mile post 161 of the Dalton Highway to the Middle Fork of the Koyukuk and a campsite in section 15, in an existing road pullout, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Fairbanks Meridian, Alaska
T. 26 N., R. 13 W., Secs. 7, 8, 9, 14, 15, and 16.

Tentative Approval No. 2026-0002

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 62 of 77

**Exhibit 2**
**Page 62 of 77**

40. AKAK106727778, A right-of-way grant to Jeremy and Melissa Ford to operate, maintain, and terminate a right-of-way on public lands to access the existing Chapman Road from mile post 161.1 of the Dalton Highway to the Middle Fork Koyukuk River and camping and overwinter storage at previously disturbed sites in the area, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Fairbanks Meridian, Alaska
        T. 26 N., R. 13 W., Secs. 7, 8, 9, 14, 15, and 16.

41. AKAK106728371, A right-of-way grant to Blown Away Airboat Adventures, to operate, maintain, and terminate a base camp at a mineral material site on the west side of the Dalton Highway near mile 168.5, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Fairbanks Meridian, Alaska
        T. 27 N., R. 13 W., Sec. 12.

42. AKAK106173883 / AKFF 090992, a right-of-way for a winter road, staging site, and a gate issued to City of Bettles, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Fairbanks Meridian, Alaska
        T. 23 N., R. 14 W., Sec. 30;
        T. 23 N., R. 15 W., Secs. 19, 20, 21, 22, 23, 25, 26, 28, 29, and 30;
        T. 23 N., R. 16 W., Secs. 5, 6, 8, 9, 15, 16, 21, 22, 25, 26, and 27.

43. AKAK106233294 / AKFF 096805, A right-of-way grant to Battelle Memorial Institute to construct, operate, maintain, and terminate ecological observatory activities, projects and facilities which is called the National Ecological Observatory Network, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

    Umiat Meridian, Alaska
        T. 9 S., R. 11 E., Sec. 27;
        T. 10 S., R. 11 E., Secs. 2, 3, 9, 10, 15, 16, 22, and 23;
        T. 9 S., R. 12 E., Secs. 17, 19, 20, 21, 28, 29, 33, and 34;
        T. 9 S., R. 13 E., Secs. 8 and 17.

Tentative Approval No. __2026-0002__

**Exhibit 2**
**Page 63 of 77**

44. AKAK106233508 / AKFF 096843, A right-of-way grant issued to the Colorado State University to construct, operate, maintain, and terminate arctic ground squirrel research, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 9 S., R. 11 E., Sec. 28;
T. 11 S., R. 12 E., Secs. 29 and 32;
T. 12 S., R. 12 E., Secs. 7 and 8.

45. AKAK106233098 / AKFF 097001, a right-of-way grant to Columbia University to continue terrestrial ecology research in the vicinity of Toolik Lake, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 10 S., R. 11 E., Secs. 4 and 23;
T. 9 S., R. 12 E., Sec. 28

46. AKAK106167128 / AKFF 96768, a right-of-way grant issued to Florida International University, Steven F. Oberbauer for non-intrusive sampling and research, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 9 S., R. 12 E., Sec. 34.

47. AKAK106233695 / AKFF 096922, a right to operate, maintain, and terminate water sampling and collection on public lands issued to University of Michigan Earth and Environmental Sciences, under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 9 S., R. 11 E., Secs. 23, 24, 25, 26, 27, and 28;
T. 9 S., R. 12 E., Secs. 19 thru 33, inclusive;
T. 10 S., R. 12 E., Secs. 3, 4, 27 thru 35, inclusive;
T. 10 S., R. 13 E., Secs. 16 and 26.

48. AKAK106718452, a right-of-way grant to Woodwell Climate Research Center to operate, maintain, and terminate a right-of-way to conduct permafrost

Tentative Approval No. 2026 - 0002

emissions monitoring, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 10 S., R. 11 E., Sec. 33.

49. AKAK106771080, a right-of-way grant issued to Alaska West Express, Inc. to commercially operate on the Community Winter Access Trail to Anaktuvuk Pass and a staging area, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 10 S., R. 11 E., Secs. 19, 20, 28, 29, and 33;
T. 11 S., R. 11 E., Secs. 3, 4, 9, 10, 15, and 22.

50. AKAK106771280, a right-of-way grant issued to MagTec Alaska, LLC to construct, operate, maintain, and terminate a winter access trail, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 10 S., R. 11 E., Secs. 19, 20, 28, 29, and 33;
T. 11 S., R. 11 E., Secs. 3, 4, 9, 10, 15, and 22.

51. AKAK106233018 / AKFF 097395, a right-of-way for construction, operation, and maintenance of a staging area in a material pit near Galbraith and a community winter access trail from the staging area to the Village of Anaktuvuk Pass issued to North Slope Borough, under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 10 S., R. 11 E., Secs. 19, 20, 28, 29, and 33;
T. 11 S., R. 11 E., Secs. 3, 4, 9, 10, 14, 15, 23, and 26.

52. AKAK106233022 / AKFF 097584, a right-of-way for construction, operation, and maintenance of a staging area in a material pit near Galbraith and a community winter access trail from the staging area to the Village of Anaktuvuk Pass, and access to the staging area via the existing road issued to Cruz Construction, Inc. under the provisions of Title V of the Federal Land Policy and Management Act of October 21, 1976, 90 Stat. 2776; 43 U.S.C. 1761.

Tentative Approval No. **2026-0002**

**Exhibit 2**

**Page 65 of 77**

Umiat Meridian, Alaska
T. 10 S., R. 11 E., Secs. 19, 20, 28, 29, and 33;
T. 11 S., R. 11 E., Secs. 3, 4, 9, 10, 14, 15, 22, 23, and 26.

53. AKAK106785003, a right-of-way grant to Mass Excavation, Inc. to establish and operate a construction camp, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 11 S., R. 11 E., Sec. 26.

54. AKAK106233528 / AKFF 097110, a right-of-way grant to Bethany Neilsen with Utah State University to construct, operate, maintain, and terminate a water research project at eight (8) sites near Imnavait area, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 10 S., R. 12 E., Sec. 4.

55. AKAK106782407, a right-of-way issued to Cruz Construction to establish and operate a seasonal crew construction camp, pursuant to Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761).

Umiat Meridian, Alaska
T. 15 S., R. 12 E., Sec. 6

56. AKAK106168166 / AKFF 079402, lease, for a public service facility, to construct, and maintain, issued to Sukakpak, Inc., under the provisions of Title III of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2762; 43 U.S.C. 1732).

Survey Plat No. 2013-1 located in
Fairbanks Meridian, Alaska
T. 12 N., R. 10 W., Sec. 7.

57. AKAK106170056 / AKFF 092144, permit for staging equipment on plot #3 related to mining use, issued to James Swan, issued under the provisions of Title III of the Federal Land Policy and Management Act of October 21, 1976, 90 Stat. 2726 ; 43 U.S.C. 1732.

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 66 of 77

**Exhibit 2**
**Page 66 of 77**

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Secs. 17 and 18.

58. AKAK106170624 / AKFF 092149, permit for staging equipment on plot #8 related to mining use, issued to Richard Wright, issued under the provisions of Title III of the Federal Land Policy and Management Act of October 21, 1976, 90 Stat. 2726 ; 43 U.S.C. 1732.

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Secs. 17 and 18.

59. AKAK106170625 / AKFF 092150, permit for staging equipment on plot #7 related to mining use, issued to Richard Wright, issued under the provisions of Title III of the Federal Land Policy and Management Act of October 21, 1976, 90 Stat. 2726 ; 43 U.S.C. 1732.

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Secs. 17 and 18.

60. AKAK106171117 / AKFF 092152, permit for staging equipment related to mining use, issued to Janey Wicken, issued under the provisions of Title III of the Federal Land Policy and Management Act of October 21, 1976, 90 Stat. 2726 ; 43 U.S.C. 1732.

Fairbanks Meridian, Alaska
T. 31 N., R. 10 W., Sec. 18.

61. AKAK106233365 / AKFF 097473, a permit issued to Ryan Bandy for access to and use of a commercial trapping cabin on Bonanza Creek, issued under the provisions of Title III of the Federal Land Policy and Management Act of October 21, 1976, 90 Stat. 2726 ; 43 U.S.C. 1732.

Fairbanks Meridian, Alaska
T. 21 N., R. 14 W., Secs. 4 and 7;
T. 22 N., R. 14 W., Sec. 7;
T. 21 N., R. 15 W., Secs. 4, 5, and 6;
T. 22 N., R. 15 W., Secs. 13, 14, and 23;
T. 23 N., R. 16 W., Secs. 5, 6, 8, 9, 15, 16, 21, and 22.

62. AKAK106168250 / AKFF 085682, permit, for a scientific research facility, to construct, and maintain, issued to University of Michigan, under the provisions of Section 302 of the Federal Land Policy and Management Act of October 21,

Tentative Approval No. <u>2026-0002</u>

1976 (90 Stat. 2743; 43 U.S.C. 1732).

Fairbanks Meridian, Alaska
T. 37 N., R. 10 W., Secs. 25 and 36.

Umiat Meridian, Alaska
T. 9 S., R. 11 E., Secs. 7, 8, 13, 16, 17, 24, 26, 28, 33, 34, and 35.
T. 9 S., R. 12 E., Secs. 1, 11, 12, 18, 19, 21, 25, 29, 30, 33, 34, and 36;
T. 9 S., R. 13 E., Secs. 4, 6, 8, 9, 10, 29, 30, 31, and 32.
T. 10 S., R. 11 E., Secs. 1, 4, 5, 8, 13, 16, 18, 20, 21, 23, 24, 27, and 34;
T. 10 S., R. 12 E., Secs. 1, 3, 4, 13, 16, 21, 27, 28, 35, and 36;
T. 10 S., R. 13 E., Secs. 5, 7, 8, 18, 19, 30, and 31;
T. 11 S., R. 11 E., Secs. 2, 3, 7, 8, 10, 16, 17, 18, 19, and 21;
T. 11 S., R. 12 E., Sec. 30;
T. 16 S., R. 10 E., Sec. 36;
T. 17 S., R. 10 E., Sec. 2.

63. AKAK106233302 / AKFF 097066, a communications use lease issued to GCI Communication Corp for construction, operation, maintenance and termination of a cell tower, as authorized by the Act of October 21, 1976 (90 Stat. 2743; 43 U.S.C. 1701, et seq.; 43 CFR 2800).

Fairbanks Meridian, Alaska
T. 28 N., R. 12 W., Sec. 16.

64. AKAK106233797 / AKFF 097898, a communications use lease granted to OTZ Telephone Cooperative, Inc. for the construction, operation, maintenance and termination of a microwave communications facility, as authorized by the Act of October 21, 1976, and implementing regulations (90 Stat. 2743; 43 U.S.C. 1701, et seq.; 43 CFR 2800).

Fairbanks Meridian, Alaska
T. 26 N., R. 13 W., Sec. 14.

65. AKAK106233729 / AKFF 097582, a communications use lease issued to Arctic Slope Telephone Association Cooperative, Inc. (ASTAC) as a site for the construction, operation, maintenance and termination of a Cellular Telephone (CEL) 827-878Mh and LTE 700B 704-734Mhz Communications facility, as authorized by the Act of October 21, 1976, and implementing regulations (90 Stat. 2743; 43 U.S.C. 1701, et seq.; 43 CFR 2800).

Tentative Approval No. **2026 - 0002**

**Exhibit 2**

**Page 68 of 77**

Umiat Meridian, Alaska
T. 16 S., R. 11 E., Sec. 3.

66. AKAK106233392 / AKFF 097618, a communications use lease issued to Arctic Slope Telephone Association Cooperative, Inc. (ASTAC), for the construction, operation, maintenance, and termination of a Cellular Telephone (CEL) 827-878Mh and LTE 700B 704-734Mhz Communications facility, within Alyeska Pipeline Service Company's pump station 4 right-of-way footprint, as authorized by the Act of October 21, 1976, and implementing regulations (90 Stat. 2743; 43 U.S.C. 1701, et seq.; 43 CFR 2800).

Umiat Meridian, Alaska
T. 12 S., R. 12 E., Sec. 8.

67. AKAK106592277 / AKFF 097745, A contract for the Sale of Mineral Materials, issued to Nanuq Inc., for stone and rip-rap, under the authority of the Act of July 31, 1947 (61 Stat. 681, as amended, at 30 U.S.C. 601 through 604, and the regulations at 43 CFR Group 3600).

Fairbanks Meridian, Alaska
T. 35 N., R. 10 W., Sec. 16.

68. AKAK106592276 / AKFF 097744, A contract for the Sale of Mineral Materials, issued to Nanuq Inc., for stone and rip-rap, under the authority of the Act of July 31, 1947 (61 Stat. 681, as amended, at 30 U.S.C. 601 through 604, and the regulations at 43 CFR Group 3600).

Fairbanks Meridian, Alaska
T. 30 N., R. 11 W., Sec. 30.

69. AKAK106737529, A contract for the Sale of Mineral Materials, issued to Cruz Construction Inc., for stone and rip-rap, under the authority of the Act of July 31, 1947 (61 Stat. 681, as amended, at 30 U.S.C. 601 through 604, and the regulations at 43 CFR Group 3600), subject to acceptance of offer and payment of fees.

Umiat Meridian, Alaska
T. 12 S., R. 12 E., Sec. 16.

70. AKAK106592270 / AKFF 097733, A contract for the Sale of Mineral Materials, issued to Nanuq Inc., for stone and rip-rap, under the authority of the

Tentative Approval No. 2026-0002

**Exhibit 2**
**Page 69 of 77**

Act of July 31, 1947 (61 Stat. 681, as amended, at 30 U.S.C. 601 through 604, and the regulations at 43 CFR Group 3600).

    Umiat Meridian, Alaska
        T. 13 S., R. 12 E., Secs. 15 and 16.

71. AKAK106738857, A contract for the Sale of Mineral Materials, issued to Cruz Construction Inc., for stone and rip-rap, under the authority of the Act of July 31, 1947 (61 Stat. 681, as amended, at 30 U.S.C. 601 through 604, and the regulations at 43 CFR Group 3600) subject to acceptance of offer and payment of fees.

    Umiat Meridian, Alaska
        T. 14 S., R. 12 E., Sec. 20.

72. RAPTOR #2023-00187, Special Recreation Permit to conduct guided backpacking, skiing, and climbing trips issued to Matthew Brunton doing business as Chugach Mountain Institute for operation in the area described as: BLM managed lands within the Dalton Highway Corridor from the South Fork Koyukuk River to Milepost 300. Authorization excludes the Toolik Lake Area of Critical Environmental Concern, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

73. RAPTOR #2023-00243, Special Recreation Permit to conduct motor coach tours along the Dalton Highway and access BLM managed waysides in support of tours issued to Arctic Circle Expedition for operation in the area described as: milepost 56 through milepost 300 of the Dalton Highway Inner Corridor, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

74. RAPTOR #2023-0299, Special Recreation Permit to conduct sightseeing tours on the Dalton Highway issued to Alaska Custom Tour, LLC for operation in the area described as: Inner corridor Dalton Highway (milepost 57 to milepost 300) as described in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

75. RAPTOR #2024-00068, Special Recreation Permit to conduct sightseeing tours issued to Arctic Night Tours for operation in the area described as: Inner corridor Dalton Highway (milepost 57 to milepost 300) as described in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

Tentative Approval No. **2026-0002**

**Exhibit 2**

**Page 70 of 77**

76. RAPTOR #2024-00082, Special Recreation Permit to conduct commercial hunting and guiding with livestock issued to Jonah's Alaska Outfitters, LLC for operation in the area described as: all BLM managed lands in Guide Use Areas (GUA) 24-03 and 25-02, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

77. RAPTOR #2024-00173, Special Recreation Permit to conduct commercial hunting and guiding issued to Tyrell's Trails, LLC for operation in the area described as: all BLM managed lands within Guide Use Areas (GUA) 24-02, 24-03, and 25-02, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

78. RAPTOR #2024-00343, Special Recreation Permit to conduct sightseeing tours issued to AC Holiday, Inc for operation in the area described as: Inner corridor of the Dalton Highway as described in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

79. RAPTOR #2024-00727, Special Recreation Permit to conduct winter dogsled and trapline tours issued to Dogtown Mushing, LLC for operation in the area described as: BLM managed lands within the inner and outer Dalton Highway corridor as defined in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

80. RAPTOR #2024-00851, Special Recreation Permit to conduct sightseeing tours issued to Blue Trip, LLC for operation in the area described as: Inner corridor of the Dalton Highway as described in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

81. RAPTOR #2024-01175, Special Recreation Permit to conduct photography workshops issued to Marc Adamus doing business as Marc Adamus Photography for operation in the area described as: BLM managed lands along the Dalton highway inner corridor, milepost 56 through 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

82. RAPTOR #2025-00167, Special Recreation Permit to conduct commercial tours along the Dalton Highway issued to Summit Alyeska for operation in the area described as: BLM managed lands and facilities along the Dalton Highway

Tentative Approval No. **20 2 6 - 0 0 0 2**

**Exhibit 2**

**Page 71 of 77**

(milepost 56 through milepost 300), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

83. RAPTOR #2025-00303, Special Recreation Permit to conduct sightseeing tours issued to Alaska Auto Travel Group, LLC for operation in the area described as: BLM managed lands along the Dalton Highway, milepost 57 to milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

84. RAPTOR #2025-00412, Special Recreation Permit to conduct small group, guided, day trips, hiking, snow shoeing, and skiing on trails in the White Mountains National Recreation Area and sightseeing tours issued to Fairbanks Trails & Rivers Tour Co, LLC for operation in the area described as: BLM managed lands along the Dalton Highway corridor from milepost 56 through milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

85. RAPTOR #2025-00437, Special Recreation Permit to conduct commercial sightseeing tours issued to Aurora Hunting Tour, LLC for operation in the area described as: BLM managed lands along the Dalton Highway, milepost 56 to milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

86. RAPTOR #2025-00592, Special Recreation Permit to conduct guided photo tours issued to Action Photo Tours, LLC for operation in the area described as: BLM managed lands along the Dalton Highway corridor from milepost 56 to milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

87. RAPTOR #2025-01377, Special Recreation Permit to conduct commercial sightseeing tours issued to Wild Eagle Travel, LLC for operation in the area described as: BLM managed lands along the Dalton Highway Utility Inner Corridor (milepost 56 to milepost 300), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

88. RAPTOR #2025-01448, Special Recreation Permit to conduct commercial sightseeing tours issued to Keaton Loebrich doing business as Best of Alaska, LLC for operation in the area described as: BLM managed lands along the inner Corridor of the Dalton Highway, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP    Document 12-2    Filed 05/06/26    Page 72 of 77

**Exhibit 2**
**Page 72 of 77**

89. RAPTOR #2025-01482, Special Recreation Permit to conduct guided photo tours issued to Through the Lens doing business as Alaska Photo Treks for operation in the area described as: BLM managed lands along the Dalton Highway corridor from milepost 56 to milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

90. RAPTOR #2025-01548, Special Recreation Permit to conduct sightseeing tours issued to Alaska Wild Lights, LLC doing business as Alaska Wildlife Guide for operation in the area described as: BLM managed lands along the Dalton Highway corridor from milepost 56 to milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

91. RAPTOR #2026-00034, Special Recreation Permit to conduct commercial hunting and guiding issued to Tim's Alaskan Guide Service for operation in the area described as: BLM managed lands within the State of Alaska Guide Use Areas (GUA) 24-03 and 25-02, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

92. RAPTOR #2026-00153, Special Recreation Permit to conduct highway-based day tours for sightseeing issued to Alaska Skylar Travel, LLC for operation in the area described as: BLM managed lands along the inner corridor of the Dalton Highway, milepost 56 to milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

93. RAPTOR #2026-00192, Special Recreation Permit to conduct commercial sightseeing van tours issued to Alaska Wild Adventure, LLC for operation in the area described as: BLM managed lands along the Dalton Highway, milepost 57 to milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

94. RAPTOR #2026-00243, Special Recreation Permit to conduct sightseeing tours issued to Alaska Arctic Expedition, LLC for operation in the area described as: BLM managed lands along the Dalton Highway Corridor, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

95. RAPTOR #2026-00330, Special Recreation Permit to conduct commercial sightseeing tours issued to Northern Alaska Tour Company for operation in the area described as: BLM managed lands along the Dalton Highway from milepost 56 to milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

Tentative Approval No. __2026 - 0002__

**Exhibit 2**

**Page 73 of 77**

96. RAPTOR #2026-00030, Special Recreation Permit to conduct commercial sightseeing tours issued to Alaska SkyDance Tours for operation in the area described as: BLM managed lands along the inner corridor of the Dalton Highway, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

97. RAPTOR #2026-00070 / AKAK106233748 /AKFF 097786, Special Recreation Permit to conduct commercial sightseeing hiking, snowshoeing, skiing, snowboarding, and dog mushing tours issued to Arctic Hive, LLC for operation in the area described as: inner corridor Dalton Highway (milepost 57 to milepost 300) as described in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

98. RAPTOR #2026-00191, Special Recreation Permit to commercial sightseeing tours issued to Borealis Basecamp for operation in the area described as: BLM managed lands along the Dalton Highway corridor, milepost 56 to milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

99. RAPTOR #2026-00759 / AKAK106175292 / AKFF 094218, Special Recreation Permit to conduct commercial hunting and guiding issued to Denali Hunts and Stan Parkerson for operation in the area described as: BLM managed lands in the State of Alaska Guide Use Areas 24-01 and 24-03, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

100. RAPTOR #2026-00497, Special Recreation Permit to conduct motor coach tours along the Dalton Highway and access BLM managed waysides in support of day trip tours issued to Alaska Magic Aurora Travel, LLC for operation in the area described as: Milepost 56 through milepost 300 of the Dalton Highway Inner Corridor, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

101. RAPTOR #2026-00700, Special Recreation Permit conduct guided photo tours issued to Carl Donohue dba Alaska Expeditions for operation in the area described as: BLM managed lands along the Dalton Highway corridor from milepost 56 to milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

102. AKAK106145477 / AKAA 098660, Special Recreation Permit to conduct photography and natural history tours issued to Wild Imagination Photography for operation in the area described as: inner corridor of the Dalton Highway as

Tentative Approval No. **2026-0002**

described in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

103. AKAK106172531 / AKFF 095273, Special Recreation Permit to provide tours along the Dalton Highway issued to Nature Image for operation in the area described as: inner corridor, recreation sites, and waysides of the Dalton Highway as described in the Utility Corridor Plan of 1991, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

104. AKAK106173121 / AKFF 095281, Special Recreation Permit to conduct motor coach/van tours issued to 1st Alaska Outdoor School for operation in the area described as: Dalton Highway waysides and inner corridor lands milepost 56 through milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

105. AKAK106175325 / AKFF 095449, Special Recreation Permit to conduct motor coach/van tours issued to Premier Alaska Tours for operation in the area described as: Dalton Highway waysides and inner corridor lands milepost 56 through milepost 300, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

106. AKAK106233014 / AKFF 097390, Special Recreation Permit to conduct guided motorcycle tours issued to Alaska Rider Tours, LLC doing business as Motoquest for operation in the area described as: inner corridor/recreation sites and waysides of the Dalton Highway as described in the Utility Corridor Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

107. AKAK106233175 / AKFF 097403, Special Recreation Permit to conduct sightseeing tours issued to Alaska Safari Sultan for operation in the area described as: inner corridor Dalton Highway (milepost 57 to milepost 300) as described in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

108. AKAK106233181 / AKFF 097412, Special Recreation Permit to provide tours issued to Alaska Aurora Adventures, LLC for operation in the area described as: inner corridor Dalton Highway (milepost 57 to milepost 300) as described in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

109. AKAK106233334 / AKFF 097307, Special Recreation Permit to conduct motor coach tours issued to Jeff Heber doing business as Airlink Services, LLC

Tentative Approval No. 2026-0002

for operation in the area described as: milepost 56 through milepost 300 of the Dalton Highway inner corridor, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

110. AKAK106233335 / AKFF 097308, Special Recreation Permit to conduct sightseeing tours issued to Aurora Expeditions, LLC for operation in the area described as: inner corridor of the Dalton Highway as described in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

111. AKAK106233362 / AKFF 097468, Special Recreation Permit to conduct commercial guided dog mushing tours with the ability to use two snowmachines in the Galbraith Lake area for trail breaking, hauling equipment, or emergency services issued to Arctic Dog Adventure Co for operation in the area described as: inner corridor Dalton Highway (milepost 57 through milepost 300) as described in the Utility Corridor Resource Management Plan (1991), pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

112. AKAK106233497 / AKFF 096830, Special Recreation Permit to provide photo and wildlife viewing tours issued to Hugh Rose doing business as Hugh Rose Photography for operation in the area described as: BLM lands from milepost 56 through milepost 300 of the Dalton Highway Inner Corridor including waysides and recreation sites, pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

113. AKAK106233590 / AKFF 097520 Special Recreation Permit to conduct backpacking and float trips issued to Midnight Sun Council Boy Scouts of America for operation in the area described as: areas along the Dalton Highway pursuant to 16 U.S.C. 6801 et seq., 43 U.S.C. 1701 et seq., 43 CFR Group 2930.

This document confirms that all right, title, and interest of the United States in and to the lands described above is deemed to have vested in the State of Alaska pursuant to Sec. 906(c)(4) of the Alaska National Interest Lands Conservation Act of December 2, 1980, 94 Stat. 2371, 43 U.S.C. 1635(c)(4) (1994).

Kevin J. Pendergast
State Director

Tentative Approval No. **2026-0002**

Case 3:26-cv-00108-ACP     Document 12-2     Filed 05/06/26     Page 76 of 77

**Exhibit 2**

**Page 76 of 77**

Location Index for Recording Information:
Lots 2, 4, 6, USS 6892: Secs. 4 & 9, T. 18 N., R. 14 W., F.M.
MS 2425: Secs. 26, 27, 34 & 35, T. 23 N., R. 14 W., F.M.
T. 16 N., R. 13 W., F.M. Tract A: Secs. 1-36, inclusive
T. 17 N., R. 13 W., F.M. Tract A: Secs. 1-36, inclusive

Return recorded document to:

Tentative Approval No. __2026 - 0002__

Page 77 of 77

Case 3:26-cv-00108-ACP        Document 12-2        Filed 05/06/26        Page 77 of 77

**Exhibit 2**

**Page 77 of 77**