IN THE UNITED STATES DISTRICT COURT


RECEIVED

MAY 06 2026

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

FOR THE DISTRICT OF ALASKA

NORTHERN ALASKA ENVIRONMENTAL CENTER, et al.,

Plaintiffs,

v.

DOUG BURGUM, in his official capacity as

Secretary of the Interior, et al.,

Defendants.

Case No. 3:26-cv-00108-ACP

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

OF JAY R. ARMSTRONG

Proposed Amicus Curiae Jay R. Armstrong respectfully moves this Court for leave to file the attached amicus curiae brief.

Mr. Armstrong is an individual Alaska resident in the Dalton Highway / Brooks Range region. He has spent many decades developing and maintaining mining claims and prospects in the Koyukuk Mining District. His interests are directly and concretely affected by land status, jurisdiction, permitting, and the timing of land conveyance under the Alaska Statehood Act.

Mr. Armstrong does not seek intervention as a party, discovery, oral argument, or any control over this litigation. He requests only leave to provide a limited, non-duplicative perspective as a small individual miner and remote resident concerning the Alaska Statehood Act framework (particularly Sections 6(b) and 6(g)), reliance interests in State land conveyance, and the practical harms of delay to individuals like himself.

This case challenges the revocation of Public Land Orders 5150 and 5180 and related federal actions affecting land status and State selections along the Dalton Highway corridor. Plaintiffs raise environmental, subsistence, administrative, and federal land management issues. Mr. Armstrong's proposed brief addresses a complementary but distinct aspect: the legal significance of Alaska's Statehood Act land entitlement and the real-world consequences of delay for individual Alaskans who have relied on that framework for lawful mineral development, access to local materials (such as gravel), and personal property improvements.

1

The proposed brief is narrowly tailored and may assist the Court by presenting facts and legal context not fully developed by the existing parties. Mr. Armstrong is neither a corporation nor an institutional mining interest. He is an individual Alaskan of limited means whose ability to pursue State-permitted work and ordinary property development depends on land conveyance and the resulting shift in jurisdiction.

The brief does not ask the Court to disregard environmental laws, subsistence protections, or administrative requirements. It respectfully requests only that the Court also consider Alaska's congressionally granted Statehood Act entitlement and the concrete reliance interests of remote individual residents when evaluating any requested relief.

For these reasons, Mr. Armstrong respectfully requests that the Court grant leave to file the attached proposed amicus curiae brief.

DATED: May _6_, 2026.

Respectfully submitted,

Jay R. Armstrong

Proposed Amicus Curiae

Alaska Resident

Dalton Highway / Brooks Range Region

P.O. Box 70506

Fairbanks, Alaska 99707

jayvsgold@gmail.com

(907) 347-0015

2