ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
MICHAEL ROBERTSON (DC Bar No. 1017183)
Trial Attorneys
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 (Turcke)
202-598-3835 (Robertson)
paul.turcke@usdoj.gov
michael.robertson@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>    Plaintiffs,<br>    v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>    Defendants,<br>    and<br><br>STATE OF ALASKA,<br><br>    Defendant. | Case No. 3:26-cv-00108-ACP |

## <u>DEFENDANTS' RESPONSE TO MOTION TO DISMISS</u>

Defendants Doug Burgum, in his official capacity as Secretary of the Interior, et

al., hereby respond that they do not oppose the State of Alaska's Motion to Dismiss, Dkt.

Case 3:26-cv-00108-ACP    Document 20    Filed 05/28/26    Page 1 of 2

12. Defendants reserve the right to set forth a more detailed position in further proceedings, including their own motion to dismiss, should they choose to file one.

Respectfully submitted this 28th day of May 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar No. 4759)
MICHAEL ROBERTSON (DC Bar No. 1017183)
Trial Attorneys, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 (Turcke)
202-598-3835 (Robertson)
paul.turcke@usdoj.gov
michael.robertson@usdoj.gov

*Counsel for Defendants*

Of Counsel:

JOSHUA HANSON
STEVEN SCORDINO
JASON HARTZ
Office of the Solicitor
United States Department of the Interior

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke

*N. Alaska Env't Ctr. v. Burgum*
DEFS.' RESP. TO MOT. TO DISMISS

Case No. 3:26-cv-00108-ACP
2