

THE STATE
of ALASKA
GOVERNOR MIKE DUNLEAVY

**Department of Natural Resources**

OFFICE OF THE COMMISSIONER

550 West 7th Avenue, Suite 1400
Anchorage, AK 99501-3561
Main: 907.269-8431
Fax: 907.269-8918

January 26, 2026

Bureau of Land Management, Alaska State Office
Attn: Kevin Pendergast, State Director
222 West 7th Ave. #13
Anchorage, AK 99513-7599
VIA REGULAR MAIL & EMAIL: kpendergast@blm.gov

Subject: Revised priority conveyance request, lands within PLO 5150 north of Yukon River

Dear Mr. Pendergast:

Thank you for continued efforts in revoking Public Land Order (PLO) 5150 and conveying selected lands in fulfillment of our Alaska Statehood Act land entitlement. After recent discussions with you and your team, we are providing a revised conveyance request. The State agrees to modify the conveyance request sent on October 9 (attached) to support retention of key sites by the Bureau of Land Management (BLM). The State will maintain its interests and top-filings on the sites for future discussion with BLM for acquisition and/or relinquishment on a case-by-case basis.

The most significant change from the October 2025 list is the removal of all campgrounds, visitor centers, and associated administrative sites, including all portions of the Arctic Circle Wayside outside of the Dalton Highway right-of-way that lie within the campground boundary. Attachment A identifies these newly excluded interests by name, serial number, and meridian, township, and range.

The State continues to exclude from the conveyance request the reserved minerals underlying private lands at Wiseman and several closed federal mining claims, as requested by BLM Mining Section staff. For the closed claims, we have listed all claims associated with the open Surface Management files and the subsequently filed overlapping claims. These interests are listed on our prior conveyance request.

The State retains its Statehood Act selections and Section 906(e) Alaska National Interest Lands Conservation Act (ANILCA) top-filings on lands that are not included in the current priority conveyance list. The State reserves the right to reconsider priorities and reprioritize lands as permitted under Section 404 of the Alaska Land Transfer Acceleration Act (ALTAA) and may pursue additional land acquisitions or relinquishments once PLO 5150 is revoked.

As part of this process, the State is committing to a good faith plan for relinquishment of statehood selections to address over-selection in compliance with the Alaska Lands Transfer Acceleration Act (Public Law 108-452). The phased relinquishment plan is as follows:

- Relinquish approximately 400,000 acres within PLO 5150 by Dec. 2026.
- Relinquish approximately 250,000 acres adjacent to PLO 5150 by Dec. 2026.
- Relinquish approximately 1,000,000 acres state-wide by Dec. 2027.
- Confirm the scope of the first two categories as soon as possible with BLM and coordinate as the State identifies areas for inclusion in the final category consistent with the timeline above.
- Coordinate with BLM staff to identify additional areas for possible relinquishment.

I appreciate your time and efforts in revoking PLO 5150; please contact me if you have any questions.

Sincerely,

John Crowther
Commissioner-designee
Department of Natural Resources


Attachment:     Attachment A
                October 2025 Revised conveyance request


Cc:     Christy Colles, Director, Division of Mining Land & Water

# ATTACHMENT A

<u>BLM Facilities</u>

| | | |
|---|---|---|
| Galbraith Lake Admin Site | AKAK106171695 | T. 11 S., R. 11 E., U.M., Sec. 23 |
| Galbraith Lake Campground | AKFF91427 | T. 11 S., R. 11 E., U.M., Secs. 26 and 35 |
| Marion Creek Admin Site | AKAK106167685 | T. 29 N., R. 12 W., F.M., Secs. 23 and 24 |
| Marion Creek Campground | AKAK106167685 | T. 29 N., R. 12 W., F.M., Secs. 23 and 26 |
| Coldfoot Winter Station | AKAK106697532 | T. 28 N., R. 12 W., F.M., Sec. 15 (Lot 2, USS 13175) |
| AIVC Admin Site | AKAK106172638 | T. 28 N., R. 12 W., F.M., Secs. 15 and 16 (USS 12937, Lot 1, USS 13175) |
| Arctic Circle Campground | AKAK106205607 | T. 20 N., R. 15 W., F.M., Secs. 16 and 17 |
| Seven Mile Admin Site | AKAK106172637 | T. 13 N., R. 11 W., F.M., Sec. 22 (Lots 1 and 2, USS 12920) |
| Five Mile Campground | AKAK106174472 | T. 13 N., R. 11 W., F.M., Secs. 26 and 27 |
| Yukon Crossing Station | AKAK106171057 | T. 12 N., R. 10 W., F.M., Sec. 7 |

Exhibit 1
Page 4 of 4