Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00108-ACP |

**PLAINTIFFS AND DEFENDANTS' JOINT NOTICE**

Counsel for Plaintiffs Northern Alaska Environmental Center *et al.* and Defendants Doug Burgum *et al.* hereby provide the Court with notice that they have conferred and Defendants have agreed to provide notice to Plaintiffs of further actions regarding the lands at issue in this case, with the intent of avoiding emergency motion practice during the pendency of Plaintiffs' appeal, ECF No. 46. Specifically, Defendants

have agreed as follows, "During the pendency of the appeal, Defendants agree to provide notice to the parties' counsel no less than 7 business days after receipt of a request for conveyance from the State of Alaska for any further tentative approval or patent of any of the lands that are the subject of this lawsuit."

Respectfully submitted this 3rd day of September 2026,

s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice Energy and Natural Resources Division

s/ Paul A. Turcke (with consent)
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## Certificate of Service

I certify that on September 3, 2026, I caused a copy of PLAINTIFFS AND DEFENDANTS' JOINT NOTICE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

s/ Bridget Psarianos
Bridget Psarianos