Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and<br><br>ALYESKA PIPELINE SERVICE CO.,<br><br>Intervenor-Defendant. | Case No. 3:26-cv-00108-ACP |

**PLAINTIFFS AND FEDERAL DEFENDANTS' JOINT MOTION REGARDING THE BRIEFING SCHEDULE**

Plaintiffs and Federal Defendants jointly move for a scheduling order establishing

the following deadlines for summary judgment briefing in this case:

- Plaintiffs' Opening Brief will be filed by **December 2, 2026**;
- Federal Defendants' Response Brief will be filed by **January 20, 2027**;
- Any other response briefs will be filed by **January 27, 2027**; and
- Plaintiffs' Reply Brief will be filed by **February 17, 2027**.

Counsel have conferred, and Intervenor-Defendants Alyeska Pipeline Service Company do not oppose this motion. The State of Alaska did not provide its position.

Respectfully submitted this 30th day of September 2026,

s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
TRUSTEES FOR ALASKA
*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy and Natural Resources Division

s/ Paul A. Turcke (with consent)
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov
*Attorneys for Defendants*

**Certificate of Service**

I certify that on September 30, 2026, I caused a copy of PLAINTIFFS AND FEDERAL DEFENDANTS' JOINT MOTION REGARDING THE BRIEFING SCHEDULE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

s/ Bridget Psarianos
Bridget Psarianos