**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>Defendants,<br><br>and<br><br>ALYESKA PIPELINE SERVICE CO.,<br><br>Intervenor-Defendant. | Case No. 3:26-cv-00108-ACP |

**[PROPOSED] ORDER RE JOINT MOTION FOR A BRIEFING SCHEDULE**

Before the Court at Docket [ ] is Plaintiffs and Federal Defendants' Joint Motion for a Briefing Schedule. Upon due consideration, the motion is GRANTED. The briefing schedule shall be as follows:

- Plaintiffs' Opening Brief will be filed by **December 2, 2026**;
- Federal Defendants' Response Brief will be filed by **January 20, 2027**;
- State of Alaska and Intervenor-Defendant's Response Briefs will be filed by **January 27, 2027**; and

- Plaintiffs' Reply Brief will be filed by **February 17, 2027**.

IT IS SO ORDERED.

DATED this _____ day of September, 2026, at Anchorage, Alaska.

______________________
HON. AARON C. PETERSON
United States District Judge